IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:19CR3011 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DANTE D. WILLIAMS, | |
| Defendant. | |

IT IS ORDERED:

1) The motion to withdraw filed by James A. Castle, as counsel of record for Defendant, (Filing No. 107), is granted.

2) The clerk shall terminate CM/ECF electronic notifications to James A. Castle for this case.

May 24, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge