IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>DANTE D. WILLIAMS,<br><br>    Defendant. | **4:19CR3011**<br><br>**ORDER** |

  A conference call was held today with counsel for the government and for Defendant Dante Williams. The government had extended a plea agreement to Defendant Dante Williams, but he has not confirmed acceptance of the agreement and the deadline for doing so has passed. The government is therefore prepared to timely respond to this defendant's pending motions on or before June 26, 2020.

  Upon consideration of the parties' respective positions, and possibility that communication between Defendant Dante Williams and his counsel has been impeded by the court's closure and by physical distancing requirements during the COVID-19 pandemic,

  IT IS ORDERED:

1) The government's deadline for responding to Defendant Dante Williams' pretrial motions is stayed pending further order of the court.

2) A hearing will be held before Magistrate Judge Zwart on July 1, 2020, at 11:00 a.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3)   Defendant, defense counsel, and counsel for the government shall appear at this hearing.

4)   If the defendant intends to accept the government's plea agreement, a change of plea hearing will be held during the July 1, 2020 hearing, If the defendant does not accept the plea agreement and enter his plea of guilty on July 1, 2020, the plea agreement will then be deemed withdrawn, and the court will set a new deadline for responding to Defendant Dante Williams' pretrial motions.

5)   The time between today's date and July 1, 2020 shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act because the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

Dated this 22nd day of June, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge