IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DANTE D. WILLIAMS,<br><br>        Defendant. | 4:19CR3011-3<br><br>**ORDER** |

    Defendant has moved for new counsel or to represent himself. (Filing No. 219).

    Accordingly,

    IT IS ORDERED: For the reasons stated on the record (Filing No. 223), defendant's motion, (Filing No. 219), is denied.

    July 1, 2020.

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge