IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:19CR3011** |
| vs. | |
| DANTE D. WILLIAMS, | **ORDER** |
| Defendants. | |

IT IS ORDERED:

1) Hannah E. Carroll-Altman's motion to withdraw, (Filing No. 240), is granted.

2) The clerk shall delete Hannah E. Carroll-Altman from any future ECF notifications herein.

July 15, 2020.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge