IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiffs,

    vs.

DANTE D. WILLIAMS,

                Defendants.

**4:19CR3011**

**ORDER**

       IT IS ORDERED that the custody of Dante D. Williams be temporarily transferred on July 17, 2020, to the Federal Bureau of Investigation for the purpose of allowing the defendant to review the discovery in this case. Upon conclusion of that review, the Federal Bureau of Investigation shall return Dante D. Williams to the custody of the United States Marshal by transporting him to the Saline County Jail.

       Dated this 17th day of July, 2020.

                               BY THE COURT:

                               *s/ Cheryl R. Zwart*
                               United States Magistrate Judge