IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:19CR3011** |
| vs. | |
| DANTE D. WILLIAMS, | **ORDER** |
| Defendants. | |

Defendant Dante D. Williams has moved for independent testing, (Filing No. 180), and for transfer to a different detention facility and copies of court filings, (Filing No. 342).

As to the motion for independent testing, Dante Williams requests an opportunity to independently test the government's physical evidence purportedly containing his fingerprints and DNA. The government does not oppose this request. The request will be granted.

Dante Williams requests transfer to a detention facility where detainees have access to computers for online legal research and for review of the evidence. The federal court can request a certain housing facility, but it does not decide where a defendant is housed pending trial or sentencing.

Moreover, detention facilities do not allow detainees to access the internet, including for legal research. As to the federal criminal code, criminal rules, and rules of evidence, the undersigned magistrate judge distributed a book containing these legal resources to the Marshal for use by Dante Williams at his detention facility. I have confirmed that the Saline County Jail (where Dante Williams is

held) has received this book and has, at Dante Williams' request, placed the book in that facility's library. It remains available there for his use.

As to review of evidence stored on a computer hard drive, Chad Wythers, the appointed standby counsel for the charges against Dante Williams, has agreed to bring a laptop with the evidence to the Saline County Jail so Dante Williams can independently review the evidence. Mr. Wythers understands that Dante Williams has decided to represent himself and that, as standby counsel, Mr. Wythers is not offering legal advice to Dante Williams. Instead, Mr. Wythers is providing a means for Dante Williams to review evidence in preparation for his self-representation at trial.

Defendant Dante Williams asks the Clerk of Court to provide:
- Updated discovery and a review of his discovery;
- A copy of the docket sheet;
- The "briefs" for the Indictment; Superseding Indictment, and Second Superseding Indictment;
- Transcripts of the arraignment on the Second Superseding Indictment held on October 3, 2019;
- The complaint and criminal cover sheet filed on December 27, 2018; and
- His Presentence Investigation (PSI), if available, so he can review his criminal history points.

(Filing No. 342, at CM/ECF p. 2).

Attached hereto is a copy of the docket sheet that can be viewed by case participants, the Criminal Complaint and its Criminal Cover Sheet, Indictment;

Superseding Indictment, and Second Superseding Indictment. All other requests directed to the Clerk in Dante Williams' motion are denied because:

- "briefs" are not filed with indictments;

- the Clerk also does not have the government's discovery and cannot provide copies of it, review it, or update it;

- there is a filed audio recording, but not a typed transcript of the arraignment on the Second Superseding Indictment; and

- Dante Williams' PSI has not been filed: Except upon special request, a defendant's criminal history is not researched and calculated before a defendant is determined to be guilty of the crime charged, either because he pleaded guilty or because he was found guilty at trial.

Accordingly,

IT IS ORDERED:

1)     Dante Williams' motion for independent testing, (Filing No. 180), is granted. Dante Williams is responsible for contacting counsel for the government, in writing, to make the necessary arrangements for such testing. Dante Williams shall also send a copy of this written request or demand to the Clerk for filing on the court's docket.

2)     Dante Williams' motion, (Filing No. 342), is granted in part and denied in part as follows:

    a.     The court will not enter an order stating Dante Williams must be moved to a different detention facility;

b.     Dante Williams may contact the appointed standby counsel, Chad Wythers, and request that Mr. Wythers deliver a copy the audio recording of the arraignment on the Second Superseding Indictment and/or all evidence (other than physical evidence) to the Saline County Jail for Dante Williams' review by computer, and

i.     Any such request must be made in writing by Dante Williams, with a copy sent by Dante Williams to the Clerk for filing of record.

ii.     Mr. Wythers shall file a notice with this court indicating when he went to the Saline County Jail in response to Dante Williams' request(s) and for how long he was there, along with a confirmation that the audio recording of the arraignment on the Second Superseding Indictment and all evidence (other than physical evidence) disclosed by the government were saved on the laptop's hard drive and available for Dante Williams' review.

c.     Other than the documents attached to this order, Dante Williams' request that the Clerk provide copies of documents is denied.

Dated this 9th day of September, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

CUSTODY,INTERLOCUTORYAPPEAL,LENGTHOFTRIAL−5,PROTECTIVEORDER,TRIAL−LINCOLN

# U.S. District Court
## District of Nebraska (4 Lincoln)
## CRIMINAL DOCKET FOR CASE #: 4:19−cr−03011−JMG−CRZ All Defendants

Case title: USA v. Patterson et al

Magistrate judge case numbers:  4:18−mj−03182−CRZ

4:19−mj−03086−CRZ

Date Filed: 01/23/2019

Assigned to: Chief Judge John M.
Gerrard
Referred to: Magistrate Judge
Cheryl R. Zwart

### Defendant (1)

**Tawhyne M. Patterson, Sr.**                         represented by   **Michael J. Tasset**
JOHNSON, MOCK LAW FIRM − OAKLAND
P.O. Box 62
Oakland, NE 68045
(402) 685−5647
Fax: (402) 685−5648
Email: mtasset@johnsonandmock.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts                                        ### Disposition

18:924(j)(1) and Section 2
COMMISSION OF MURDER
WITH A FIREARM DURING A
CRIME OF VIOLENCE
(1)

18:924(j) COMMISSION OF
MURDER WITH A FIREARM
DURING A CRIME OF
VIOLENCE
(1s)

18:924(j)(1) and Section 2
COMMISSION OF MURDER
WITH A FIREARM DURING A
CRIME OF VIOLENCE
(1ss)

18:1951 & Section 2
INTERFERENCE WITH
COMMERCE BY ROBBERY
(2)

18:1951 and 2 INTERFERENCE
WITH COMMERCE BY
ROBBERY
(2s)

18:1951 and 2 INTERFERENCE
WITH COMMERCE BY
ROBBERY
(2ss)

18:1951 and 2 INTERFERENCE
WITH COMMERCE BY

ROBBERY
(3ss)

18:924(O) FIREARMS
CONSPIRACY
(5ss)

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:924(j) COMMISSION OF
MURDER WITH A FIREARM
DURING A CRIME OF
VIOLENCE | |

---

Assigned to: Chief Judge John M.
Gerrard
Referred to: Magistrate Judge
Cheryl R. Zwart

**Defendant (2)**

| **Damon D. Williams**
*also known as*
Damo | represented by | **Korey L. Reiman**
REIMAN LAW FIRM
650 J Street
Suite 400
Lincoln, NE 68508
(402) 477−2130
Fax: (402) 476−8002
Email: reimanlaw@msn.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:924(j)(1) and Section 2
COMMISSION OF MURDER
WITH A FIREARM DURING A
CRIME OF VIOLENCE
(1) | |
| 18:924(j) COMMISSION OF
MURDER WITH A FIREARM
DURING A CRIME OF
VIOLENCE
(1s) | |
| 18:924(j)(1) and Section 2
COMMISSION OF MURDER
WITH A FIREARM DURING A
CRIME OF VIOLENCE
(1ss) | |

18:1951 & Section 2
INTERFERENCE WITH
COMMERCE BY ROBBERY
(2)

18:1951 and 2 INTERFERENCE
WITH COMMERCE BY
ROBBERY
(2s)

18:1951 and 2 INTERFERENCE
WITH COMMERCE BY
ROBBERY
(2ss)

18:1951 and 2 INTERFERENCE
WITH COMMERCE BY
ROBBERY
(3ss)

18:924(O) FIREARMS
CONSPIRACY
(5ss)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:924(j) COMMISSION OF MURDER WITH A FIREARM DURING A CRIME OF VIOLENCE | |

---

Assigned to: Chief Judge John M.
Gerrard
Referred to: Magistrate Judge
Cheryl R. Zwart

**Defendant (3)**

| **Dante D. Williams** | represented by | **Dante D. Williams** |
|---|---|---|
| | | 30930−047 |
| | | CJ−SALINE, Saline County Law Enforcement Center |
| | | Address Updated 07/13/2020 |
| | | P.O. Box 911 |
| | | Inmate Mail |
| | | Wilber, NE 68465 |
| | | PRO SE |
| | | |
| | | **Chad J. Wythers** |
| | | WYTHERS LAW FIRM |
| | | 129 North 5th Street |
| | | Seward, NE 68434 |
| | | 402−643−3639 |

Email: chad@chadwytherslaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Standby Counsel, CJA Appointment*

**Pending Counts**                                      **Disposition**

18:924(j)(1) and Section 2
COMMISSION OF MURDER
WITH A FIREARM DURING A
CRIME OF VIOLENCE
(1)

18:924(j) COMMISSION OF
MURDER WITH A FIREARM
DURING A CRIME OF
VIOLENCE
(1s)

18:924(j)(1) and Section 2
COMMISSION OF MURDER
WITH A FIREARM DURING A
CRIME OF VIOLENCE
(1ss)

18:1951 & Section 2
INTERFERENCE WITH
COMMERCE BY ROBBERY
(2)

18:1951 and 2 INTERFERENCE
WITH COMMERCE BY
ROBBERY
(2s)

18:1951 and 2 INTERFERENCE
WITH COMMERCE BY
ROBBERY
(2ss)

18:1951 and 2 INTERFERENCE
WITH COMMERCE BY
ROBBERY
(3ss)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                          **Disposition**

18:924(j) COMMISSION OF
MURDER WITH A FIREARM
DURING A CRIME OF
VIOLENCE

Assigned to: Chief Judge John M.
Gerrard
Referred to: Magistrate Judge

Cheryl R. Zwart

**Defendant (4)**

**Ira Morrow**                    represented by   **Nancy K. Peterson**
                                                  PETERSON LAW FIRM
                                                  330 South 10th Street
                                                  Suite 200
                                                  Lincoln, NE 68508
                                                  (402) 477−9192
                                                  Fax: (402) 441−0007
                                                  Email: nancy@nkpetersonlaw.com
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1951 and 2 INTERFERENCE WITH COMMERCE BY ROBBERY (2) | |
| 18:1951 and 2 INTERFERENCE WITH COMMERCE BY ROBBERY (2s) | |
| 18:924(O) FIREARMS CONSPIRACY (5s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Chief Judge John M. Gerrard
Referred to: Magistrate Judge Cheryl R. Zwart

Appeals court case number: 20−2635 USCA−8th Circuit

**Defendant (5)**

**William Boothe, III**           represented by   **James K. McGough**
*also known as*                                   MCGOUGH LAW FIRM
Uncle Bill                                        11920 Burt Street
                                                  Suite 100
                                                  P.O. Box 540186
                                                  Omaha, NE 68154
                                                  (402) 614−8655

Fax: (402) 884−6302
Email: jmcgough@mcgoughlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1951 and 2 INTERFERENCE WITH COMMERCE BY ROBBERY (3) | |
| 18:3 ACCESSORY AFTER THE FACT (4) | |
| 18:924(O) FIREARMS CONSPIRACY (5) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:3 ACCESSORY AFTER THE FACT | |

**Plaintiff**

| **USA** | represented by | **Lesley A. Woods** |
|---|---|---|
| | | U.S. ATTORNEY'S OFFICE − LINCOLN |
| | | 100 Centennial Mall North |
| | | Suite 487, Federal Building |
| | | Lincoln, NE 68508−3865 |
| | | (402) 437−5241 |
| | | Fax: (402) 437−5390 |
| | | Email: lesley.woods@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2018 | 1 | COMPLAINT signed by Magistrate Judge Cheryl R. Zwart as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, and Dante D. Williams. (KLF) Modified on 12/28/2018 to restrict per unseal memo. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO). [4:18−mj−03182−CRZ] (Entered: 12/27/2018) |
| 12/27/2018 | 2 | CRIMINAL COVER SHEET as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, and Dante D. Williams. ACCESS TO THE PDF DOCUMENT IS |

| | | |
|---|---|---|
| | | RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (KLF) [4:18−mj−03182−CRZ] (Entered: 12/27/2018) |
| 12/27/2018 | 6 | TEXT ORDER SETTING HEARING as to defendant Dante D. Williams. Initial Appearance set for **12/28/2018 at 02:30 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/27/2018) |
| 12/27/2018 | | Remark − Public: Case filed under seal on 12/27/18 and unsealed on 12/28/18 pursuant to memorandum as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams and Dante D. Williams. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/27/2018 | 4 | TEXT ORDER SETTING HEARING as to defendant Tawhyne M. Patterson, Sr.. Initial Appearance set for **12/28/2018 at 02:00 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/27/2018) |
| 12/27/2018 | 5 | TEXT ORDER SETTING HEARING as to defendant Damon D. Williams. Initial Appearance set for **12/28/2018 at 02:15 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/27/2018) |
| 12/28/2018 | 10 | MOTION for Writ of Habeas Corpus Ad Prosequendum by Attorney Lesley A. Woods as to defendant Dante D. Williams. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 11 | WRIT OF HABEAS CORPUS AD PROSEQUENDUM − As requested in the government's motion, (filing no. 10), which is hereby granted as to Dante D. Williams. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (E−mailed to USM AND USA)(LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 13 | NOTICE (MEMORANDUM) TO UNSEAL MAGISTRATE CASE by Attorney Lesley A. Woods as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams and Dante D. Williams. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 27 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln, NE on 12/28/18 as to defendant Dante D. Williams.Initial Appearance on Complaint held. Appointment of counsel requested. Court appoints Chad Wythers to represent defendant. Rights given. Defendant requests preliminary hearing. **Preliminary Hearing set 1/3/2019 at 9:00 AM** in Courtroom 1, Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Government's oral motion for detention is granted. Defendant is not contesting detention at this time. Defendant remanded to custody of the U.S. Marshal to be detained pending further order of the court. Written order for detention forthcoming. Appearance for Plaintiff: Lesley Woods; For Defendant: Chad Wythers, CJA. Courtroom Deputy: Lindsey Olson. Reporter: Digital Recorder. Time Start: 2:22 PM; Time Stop: 2:30 PM; Time in Court: 8 Minutes. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 28 | 🔊 AUDIO FILE. Audio as to Defendant (3) Dante D. Williams. Court Date & Time [ 12/28/2018 2:22:30 PM ]. File Size [ 1789 KB ]. Run Time [ 00:07:27 ]. (Initial Appearance). (auto−docket). [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 30 | ORDER APPOINTING COUNSEL − CJA Counsel, Chad Wythers, is appointed to represent the defendant in this matter as to defendant Dante D. Williams. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) [4:18−mj−03182−CRZ] (Entered: |

| | | 12/28/2018) |
|---|---|---|
| 12/28/2018 | 31 | ORDER of Detention pending trial as to defendant Dante D. Williams. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 7 | MOTION for Writ of Habeas Corpus Ad Prosequendum by Attorney Lesley A. Woods as to defendant Tawhyne M. Patterson, Sr. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 8 | WRIT OF HABEAS CORPUS AD PROSEQUENDUM − As requested in the governments motion, (filing no. 7 ), which is hereby granted as to Tawhyne M. Patterson Sr. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (E−mailed to USM and USA) (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 17 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln, NE on 12/28/18 as to defendant Tawhyne M. Patterson, Sr. Initial Appearance on Complaint held. Appointment of counsel requested. Court appoints Federal Public Defender to represent defendant. Rights given. Defendant requests preliminary hearing. **Preliminary Hearing set 1/3/2019 at 9:00 AM** in Courtroom 1, Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Government's oral motion for detention is granted. Defendant is not contesting detention at this time. Defendant remanded to custody of the U.S. Marshal to be detained pending further order of the court. Written order for detention forthcoming. Appearance for Plaintiff: Lesley Woods; For Defendant: Jessica Milburn, FPD. Courtroom Deputy: Lindsey Olson. Reporter: Digital Recorder. Time Start: 2:06 PM; Time Stop: 2:11 PM; Time in Court: 5 Minutes. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 18 | AUDIO FILE. Audio as to Defendant (1) Tawhyne M. Patterson Sr.. Court Date & Time [ 12/28/2018 2:06:57 PM ]. File Size [ 1005 KB ]. Run Time [ 00:04:11 ]. (Initial Appearance). (auto−docket). [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 20 | ORDER APPOINTING COUNSEL − The Federal Public Defender for the District of Nebraska is appointed to represent the defendant in this matter as to defendant Tawhyne M. Patterson, Sr. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 21 | ORDER of Detention pending trial as to defendant Tawhyne M. Patterson, Sr. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 9 | MOTION for Writ of Habeas Corpus Ad Prosequendum by Attorney Lesley A. Woods as to defendant Damon D. Williams. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 12 | WRIT OF HABEAS CORPUS AD PROSEQUENDUM − As requested in the governments motion, (filing no. 9 ), which is hereby granted as to Damon D. Williams. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (E−mailed to USM and USA) (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 22 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln, NE on 12/28/18 as to defendant Damon D. Williams. Initial Appearance on Complaint held. Appointment of counsel requested. Court appoints Toni Leija−Wilson to represent defendant. Rights given. Defendant requests preliminary hearing and detention review hearing. **Detention and Preliminary Hearings set 1/3/2019 at 9:00 AM** in Courtroom 1, Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Government's oral motion for detention is granted. Defendant is not contesting detention at this time. |

| | | |
|---|---|---|
| | | Defendant remanded to custody of the U.S. Marshal to be detained pending further order of the court. Written order for detention forthcoming. Appearance for Plaintiff: Lesley Woods; For Defendant: Toni Leija−Wilson, CJA. Courtroom Deputy: Lindsey Olson. Reporter: Digital Recorder. Time Start: 2:15 PM; Time Stop: 2:18 PM; Time in Court: 3 Minutes. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 23 | 🔊 AUDIO FILE. Audio as to Defendant (2) Damon D. Williams. Court Date & Time [ 12/28/2018 2:14:58 PM ]. File Size [ 887 KB ]. Run Time [ 00:03:42 ]. (Initial Appearance). (auto-docket). [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 25 | ORDER APPOINTING COUNSEL − CJA Counsel, Toni Leija−Wilson, is appointed to represent the defendant in this matter as to defendant Damon D. Williams. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 12/28/2018 | 26 | ORDER of Detention pending trial as to defendant Damon D. Williams. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) [4:18−mj−03182−CRZ] (Entered: 12/28/2018) |
| 01/03/2019 | 33 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 1/3/2019 as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, and Dante D. Williams. Preliminary Hearing held. Evidence by Government. Argument by Government. Defendants request time to brief closing arguments. Simultaneous briefs due 1/10/2019. Defendant Damon Williams waives his detention hearing. Defendants remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Courtroom Deputy: Jeri A. Bierbower; Reporter: Digital Recorder; Appearance for Plaintiff: Lesley Woods; Appearance for Defendant Patterson: Jessica Milburn, FPD; for Defendant Damon Williams: Toni Leija−Wilson, CJA; for Defendant Dante Williams: Chad Wythers, CJA. Time Start: 9:07 AM; Time Stop: 10:00 AM; Time in Court: 53 Minutes. (JAB) [4:18−mj−03182−CRZ] (Entered: 01/03/2019) |
| 01/03/2019 | 34 | 🔊 AUDIO FILE (12.5 MB) as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, and Dante D. Williams regarding Preliminary Hearing 33 held on 1/3/2019 at 9:07 AM before Magistrate Judge Cheryl R. Zwart. (JAB) [4:18−mj−03182−CRZ] (Entered: 01/03/2019) |
| 01/03/2019 | 35 | EXHIBIT LIST as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, and Dante D. Williams from hearing held on 1/3/2019 regarding Minutes, Filing 33 Preliminary Hearing.(JAB) [4:18−mj−03182−CRZ] (Entered: 01/03/2019) |
| 01/03/2019 | 36 | WITNESS LIST as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, and Dante D. Williams from hearing held on 1/3/2019 regarding Minutes, Filing 33 Preliminary Hearing.(JAB) [4:18−mj−03182−CRZ] (Entered: 01/03/2019) |
| 01/03/2019 | 37 | NOTICE of *Supplemental Brief on Interstate Commerce Under the Hobbs Act* by Attorney Lesley A. Woods as to defendant(s) Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams. (Woods, Lesley) [4:18−mj−03182−CRZ] (Entered: 01/03/2019) |
| 01/03/2019 | 38 | BRIEF by Attorney Lesley A. Woods as to defendant(s) Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams. (Woods, Lesley) [4:18−mj−03182−CRZ] (Entered: 01/03/2019) |
| 01/07/2019 | 39 | MOTION to Continue *deadline to file Brief* by Attorney Toni M. Leija−Wilson as to defendant(s) Damon D. Williams. (Leija−Wilson, Toni) [4:18−mj−03182−CRZ] (Entered: 01/07/2019) |
| 01/07/2019 | 40 | TEXT ORDER granting 39 Motion to Continue. Damon Williams' post−preliminary hearing brief shall be filed on or before January 15, 2019. Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) [4:18−mj−03182−CRZ] (Entered: 01/07/2019) |
| 01/08/2019 | 41 | MOTION to Extend *Time to File Brief* by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) [4:18−mj−03182−CRZ] (Entered: 01/08/2019) |

| 01/08/2019 | 42 | TEXT ORDER granting 41 Motion to Extend as to Dante D. Williams. Dante Williams' post−preliminary hearing brief shall be filed on or before January 16, 2019. Ordered by Magistrate Judge Cheryl R. Zwart.( Zwart, Cheryl) [4:18−mj−03182−CRZ] (Entered: 01/08/2019) |
|---|---|---|
| 01/09/2019 | 43 | MOTION to Continue *Brief Deadline* by Attorney Jessica L. Milburn as to defendant(s) Tawhyne M. Patterson, Sr.. (Milburn, Jessica) [4:18−mj−03182−CRZ] (Entered: 01/09/2019) |
| 01/09/2019 | 44 | TEXT ORDER granting 43 Motion to Continue. Defendant Patterson's post−preliminary hearing brief shall be filed on or before January 16, 2019. Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) [4:18−mj−03182−CRZ] (Entered: 01/09/2019) |
| 01/15/2019 | 45 | BRIEF in opposition to *Government's Brief and in support of Defendant's Oral Argument* by Attorney Toni M. Leija−Wilson as to defendant(s) Damon D. Williams. (Leija−Wilson, Toni) [4:18−mj−03182−CRZ] (Entered: 01/15/2019) |
| 01/16/2019 | 46 | BRIEF in opposition to *Finding of Probable Cause* by Attorney Jessica L. Milburn as to defendant(s) Tawhyne M. Patterson, Sr.. (Milburn, Jessica) [4:18−mj−03182−CRZ] (Entered: 01/16/2019) |
| 01/18/2019 | 48 | ARREST WARRANT RETURNED EXECUTED as to defendant Dante D. Williams. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (KLF) [4:18−mj−03182−CRZ] (Entered: 01/18/2019) |
| 01/18/2019 | 47 | ARREST WARRANT RETURNED EXECUTED as to defendant Tawhyne M. Patterson, Sr. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (KLF) [4:18−mj−03182−CRZ] (Entered: 01/18/2019) |
| 01/18/2019 | 49 | ARREST WARRANT RETURNED EXECUTED as to defendant Damon D. Williams. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (KLF) [4:18−mj−03182−CRZ] (Entered: 01/18/2019) |
| 01/23/2019 | 50 | PART 1 OF 2 − INDICTMENT with foreperson's signature redacted pursuant to the E−Government Act as to defendants Tawhyne M. Patterson, Damon D. Williams, and Dante D. Williams. (LKO) (Entered: 01/24/2019) |
| 01/23/2019 | 51 | PART 2 OF 2 − FOREPERSON'S SIGNATURE PAGE regarding Indictment 50 as to defendants Tawhyne M. Patterson, Damon D. Williams, and Dante D. Williams. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Entered: 01/24/2019) |
| 01/23/2019 | 52 | CRIMINAL COVER SHEET as to defendants Tawhyne M. Patterson, Damon D. Williams, and Dante D. Williams. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Entered: 01/24/2019) |
| 01/24/2019 | 53 | NOTICE OF ATTORNEY APPEARANCE by Attorney Jessica L. Milburn as to defendant(s) Tawhyne M. Patterson, Sr.. (Milburn, Jessica) (Entered: 01/24/2019) |
| 01/24/2019 | 54 | TEXT ORDER SETTING HEARING as to defendant Tawhyne M. Patterson, Sr. **Initial Appearance set for 1/28/2019 at 10:15 AM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate |

| | | |
|---|---|---|
| | | Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 01/24/2019) |
| 01/24/2019 | 55 | TEXT ORDER SETTING HEARING as to defendant Damon D. Williams. **Initial Appearance set for 1/31/2019 at 12:30 PM Courtroom 1 (Special Proceedings)**, Roman L. Hruska Federal Courthouse, 111 South 18th Plz, **Omaha**, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 01/24/2019) |
| 01/24/2019 | 56 | TEXT ORDER SETTING HEARING as to defendant Dante D. Williams. **Initial Appearance set for 2/12/2019 at 01:45 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 01/24/2019) |
| 01/28/2019 | 57 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 1/28/2019 as to defendant Tawhyne M. Patterson, Sr. Initial Appearance on Indictment held. Counsel previously appointed in case 4:18mj3182 and remains appointed. Arraignment on Indictment held. Not guilty plea entered. Trial set 4/1/2019 before Judge Gerrard. Pretrial motions to be filed by 2/27/2019. Counsel to comply with local rules regarding discovery. Joint progression order to be issued. Detention previously addressed, no reason to readdress. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Appearance for Plaintiff: Lesley Woods; For Defendant: Jessica Milburn, FPD. Courtroom Deputy: Jeri Bierbower. Reporter: Digital Recorder. Time Start: 10:14 AM; Time Stop: 10:19 AM; Time in Court: 5 Minutes. (JAB) (Entered: 01/28/2019) |
| 01/28/2019 | 58 | ◄)) AUDIO FILE. Audio as to Defendant Sr.. Court Date & Time [ 01/28/2019 10:13:54 AM ]. File Size [ 1184 KB ]. Run Time [ 00:04:56 ]. (Initial Appearance). (auto−docket). (Entered: 01/28/2019) |
| 01/30/2019 | 59 | TEXT ORDER RESCHEDULING COURTROOM LOCATION as to defendant Damon D. Williams. Initial Appearance set for 1/31/2019 at 12:30 PM **in Courtroom 5**, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, **Omaha**, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 01/30/2019) |
| 01/31/2019 | 60 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Omaha on 1/31/2019 as to defendant Damon D. Williams. Initial Appearance on Indictment held. Counsel previously appointed in case 4:18mj3182 and remains appointed. Arraignment on Indictment held. Not guilty plea entered. Trial set 4/1/2019 before Judge Gerrard in Lincoln. Pretrial motions to be filed by 3/4/2019. Counsel to comply with local rules regarding discovery. Joint progression order to be issued. Detention previously addressed, no reason to readdress. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Appearance for Plaintiff: Lesley A. Woods; For Defendant: Toni M. Leija−Wilson, CJA. Courtroom Deputy: Mary Beth McFarland. Reporter: Digital Recorder. Time Start: 12:28 PM; Time Stop: 12:33 PM; Time in Court: 5 Minutes. (MBM) (Entered: 01/31/2019) |
| 01/31/2019 | 61 | ◄)) AUDIO FILE. Audio as to Defendant (2) Damon D. Williams. Court Date & Time [ 1/31/2019 12:28:29 PM ]. File Size [ 1201 KB ]. Run Time [ 00:05:00 ]. (Arraignment). (auto−docket). (Entered: 01/31/2019) |
| 01/31/2019 | 62 | **JOINT ORDER FOR PROGRESSION OF A CRIMINAL CASE** as to defendants Tawhyne M. Patterson, Sr. and Damon D. Williams: a) Rule 16 discovery due within 14 days. b) Pretrial Motion Deadline set for **3/4/2019.** c) 5−day Jury Trial set for **4/1/2019 at 09:00 AM in Courtroom 1**, Federal Building, 100 Centennial Mall North, Lincoln, NE before Chief Judge John M. Gerrard. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 01/31/2019) |
| 02/12/2019 | 63 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 2/12/2019 as to defendant Dante D. Williams. Initial Appearance on Indictment held. Counsel previously appointed in case 4:18mj3182 and remains appointed. Arraignment on Indictment held. After recess, not guilty plea entered by Court. Defendant stands mute. Trial set 4/1/2019 before Judge Gerrard. Pretrial |

| | | |
|---|---|---|
| | | motions to be filed by 3/4/2019. Counsel to comply with local rules regarding discovery. Progression order to be issued. Detention previously addressed, no reason to readdress. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Appearance for Plaintiff: Lesley Woods; For Defendant: Chad Wythers, CJA. Courtroom Deputy: Jeri Bierbower. Reporter: Digital Recorder. Time Start: 1:48 − 1:58 PM; Time Stop: 2:23 − 2:27 PM; Time in Court: 14 Minutes. (JAB) Modified on 2/12/2019 to reflect defendant stands mute. (JAB) (Entered: 02/12/2019) |
| 02/12/2019 | 64 | ◀))) AUDIO FILE. Audio as to Defendant (3) Dante D. Williams. Court Date & Time [ 02/12/2019 1:48:29 PM ]. File Size [ 2223 KB ]. Run Time [ 00:09:16 ]. (Initial Appearance part 1). (auto−docket). (Entered: 02/12/2019) |
| 02/12/2019 | 65 | ◀))) AUDIO FILE. Audio as to Defendant (3) Dante D. Williams. Court Date & Time [ 02/12/2019 2:23:31 PM ]. File Size [ 805 KB ]. Run Time [ 00:03:21 ]. (Initial Appearance part 2). (auto−docket). (Entered: 02/12/2019) |
| 02/12/2019 | 66 | **ORDER FOR PROGRESSION OF A CRIMINAL CASE** as to defendant Dante D. Williams:<br>a) Rule 16 discovery due within 14 days.<br>b) Pretrial Motion Deadline set for **3/4/2019.**<br>c) 5−day Jury Trial set for **4/1/2019 at 09:00 AM in Courtroom 1**, Federal Building, 100 Centennial Mall North, Lincoln, NE before Chief Judge John M. Gerrard.<br>Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 02/12/2019) |
| 02/13/2019 | 67 | MOTION for Protective Order by Attorney Lesley A. Woods as to defendant(s) Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams. (Woods, Lesley) (Entered: 02/13/2019) |
| 02/13/2019 | 68 | ORDER granting 67 Motion for Protective Order as to Tawhyne M. Patterson Sr., Damon D. Williams, and Dante D. Williams.<br>Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 02/13/2019) |
| 02/15/2019 | 69 | MOTION to Continue Deadlines and to Certify Case as Unusual and Complex by Attorney Jessica L. Milburn as to defendant(s) Tawhyne M. Patterson, Sr.. (Milburn, Jessica) (Entered: 02/15/2019) |
| 02/15/2019 | 70 | MOTION to Amend Order on Motion for Miscellaneous Relief 68 by Attorney Jessica L. Milburn as to defendant(s) Tawhyne M. Patterson, Sr.. (Milburn, Jessica) (Entered: 02/15/2019) |
| 02/15/2019 | 71 | AMENDED PROTECTIVE ORDER granting 70 Motion to Amend.<br>Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 02/15/2019) |
| 02/15/2019 | 72 | CASE CONFERENCING INSTRUCTIONS as to defendant(s) Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams.<br>ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT.<br>Ordered by Magistrate Judge Cheryl R. Zwart. (Zwart, Cheryl) (Entered: 02/15/2019) |
| 02/15/2019 | 73 | ORDER − Defendant Patterson's unopposed motion to continue, (Filing No. 69 ), is granted. The trial setting and pretrial motion deadline are set aside. A telephonic conference with the undersigned magistrate judge will be held on **June 4, 2019 at 11:00 a.m.** to discuss the status of case preparation and re−scheduling the pretrial motion deadline and trial. Counsel for the government, defense counsel, and the defendants shall attend the telephonic hearing. Counsel shall use the conferencing instructions assigned to this case (Filing No. 72 ) to participate in the call. The Court further finds that the time between today's date and June 4, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii) as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, and Dante D. Williams. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 02/15/2019) |

| 02/20/2019 | 74 | NOTICE OF ATTORNEY APPEARANCE by Attorney David R. Stickman as to defendant(s) Tawhyne M. Patterson, Sr.. (Stickman, David) (Entered: 02/20/2019) |
|---|---|---|
| 02/21/2019 | 77 | NOTICE OF ATTORNEY APPEARANCE by Attorney Lance D. Sandage as to defendant(s) Tawhyne M. Patterson, Sr.. (Sandage, Lance) (Entered: 02/21/2019) |
| 04/17/2019 | 80 | PART 1 OF 2 − SUPERSEDING INDICTMENT with foreperson's signature redacted pursuant to the E−Government Act as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams and Ira Morrow. (LKO) Modified on 4/18/2019 to unseal per memo (LKO). (Entered: 04/17/2019) |
| 04/17/2019 | 81 | PART 2 OF 2 − FOREPERSON'S SIGNATURE PAGE regarding Superseding Indictment (Sealed) 80 as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams and Ira Morrow. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Entered: 04/17/2019) |
| 04/17/2019 | 82 | CRIMINAL COVER SHEET as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams and Ira Morrow. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Entered: 04/17/2019) |
| 04/18/2019 | 84 | NOTICE (MEMORANDUM) TO UNSEAL SUPERSEDING INDICTMENT 80 by Attorney Lesley A. Woods as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams and Ira Morrow. (LKO) (Entered: 04/18/2019) |
| 04/18/2019 | 85 | TEXT ORDER SETTING HEARING as to defendant Ira Morrow. **Initial Appearance set for 4/18/2019 at 03:15 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 04/18/2019) |
| 04/18/2019 | 87 | ARREST WARRANT RETURNED EXECUTED as to defendant Ira Morrow. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Entered: 04/18/2019) |
| 04/18/2019 | 88 | NOTICE OF ATTORNEY APPEARANCE by Attorney Nancy K. Peterson as to defendant(s) Ira Morrow. (Peterson, Nancy) (Entered: 04/18/2019) |
| 04/18/2019 | 89 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 4/18/2019 as to defendant Ira Morrow. Initial Appearance on Superseding Indictment held. Appointment of counsel requested. Court appoints CJA Panel attorney to represent defendant. Arraignment on Superseding Indictment held. Not guilty plea entered. Counsel to comply with local rules regarding discovery. Trial will not be set at this time. **Telephonic status conference set for 6/4/2019 at 2:30 PM** before Magistrate Judge Cheryl R. Zwart to discuss the status of case preparation and scheduling the pretrial motion deadline and trial. Counsel shall use the conferencing instructions assigned to this case (Filing No. 72 ) to participate in the call. Government's motion for detention is granted. Defendant is not contesting detention at this time. The Court further finds that the time between today's date and June 4, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Written order of detention forthcoming. Appearance for Plaintiff: Lesley A. Woods; For Defendant: Nancy K. Peterson, CJA. Courtroom Deputy: Jeri Bierbower. Reporter: Digital Recorder. Time Start: 3:40 PM; Time Stop: 3:47 PM; Time in Court: 7 Minutes. (JAB) (Entered: 04/18/2019) |

| 04/18/2019 | 90 | 🔊 AUDIO FILE. Audio as to Defendant (4) Ira Morrow. Court Date & Time [ 04/18/2019 3:40:51 PM ]. File Size [ 1477 KB ]. Run Time [ 00:06:09 ]. (Initial Appearance). (auto−docket). (Entered: 04/18/2019) |
|---|---|---|
| 04/18/2019 | 92 | ORDER APPOINTING COUNSEL − CJA Counsel, Nancy K. Peterson, is appointed to represent the defendant in this matter as to defendant Ira Morrow. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 04/19/2019) |
| 04/19/2019 | 93 | ORDER of Detention pending trial as to defendant Ira Morrow. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 04/22/2019) |
| 04/22/2019 | 94 | AMENDED ORDER regarding progression as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, and Ira Morrow.<br>1) A trial date will not be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at **11:00 a.m. on June 4, 2019 by telephone**. All participants shall use the conferencing information provided by the court, (see Filing No. 72), to participate in the call to discuss case progression and a potential trial setting. **Counsel for the parties shall be present on the call.**<br>2) On or before May 2, 2019, counsel shall confer and exchange discovery in accordance with NECrimR 16.1 and Fed.R.Crim.P. 16. Counsel shall disclose discovery as it becomes available and the United States Attorney shall disclose Brady v. Maryland (and its progeny) material as soon as practicable.<br>3) The court finds that the time between February 15, 2019 and June 4, 2019 is excluded in any computation of time under the Speedy Trial Act because this case is "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii)i. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 04/22/2019) |
| 04/29/2019 | 97 | NOTICE OF ATTORNEY APPEARANCE by Attorney W. Brian Gaddy as to defendant(s) Damon D. Williams. (Gaddy, W.) (Entered: 04/29/2019) |
| 05/06/2019 | 98 | WAIVER *of Initial Appearance on Superseding Indictment* by Attorney Jessica L. Milburn as to defendant(s) Tawhyne M. Patterson, Sr.. (Milburn, Jessica) (Entered: 05/06/2019) |
| 05/08/2019 | 99 | WAIVER *of Initial Appearance on Superseding Indictment* by Attorney Toni M. Leija−Wilson as to defendant(s) Damon D. Williams. (Leija−Wilson, Toni) (Entered: 05/08/2019) |
| 05/10/2019 | 100 | TEXT ORDER regarding Waivers 98 and 99 as to defendants Tawhyne M. Patterson, Sr. and Damon D. Williams. The Defendants' waivers of initial appearance are knowingly, intelligently, and voluntarily entered and are hereby accepted and approved. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 05/10/2019) |
| 05/15/2019 | 101 | NOTICE OF ATTORNEY APPEARANCE by Attorney Hannah E. Carroll−Altman as to defendant(s) Dante D. Williams. (Carroll−Altman, Hannah) (Entered: 05/15/2019) |
| 05/15/2019 | 103 | NOTICE of *Intent Not to Seek the Death Penalty* by Attorney Lesley A. Woods as to defendant(s) Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams. (Woods, Lesley) (Entered: 05/15/2019) |
| 05/23/2019 | 105 | MOTION to Withdraw as Attorney by Attorney Lance D. Sandage as to defendant(s) Tawhyne M. Patterson, Sr.. (Sandage, Lance) (Entered: 05/23/2019) |
| 05/23/2019 | 106 | ORDER that the motion to withdraw filed by Lance D. Sandage, as counsel of record for Defendant, (Filing No. 105 ), is granted. The clerk shall terminate CM/ECF electronic notifications to Lance D. Sandage for this case as to defendant Tawhyne M. Patterson Sr.. Ordered by Magistrate Judge Cheryl R. Zwart. (LAC) (Entered: 05/23/2019) |
| 05/23/2019 | 107 | MOTION to Withdraw as Attorney by Attorney James A. Castle as to defendant(s) Dante D. Williams. (Castle, James) (Entered: 05/23/2019) |
| 05/24/2019 | 108 | ORDER as to defendant Dante D. Williams. The motion to withdraw filed by James A. Castle, as counsel of record for Defendant, (Filing No. 107 ), is granted. The clerk shall terminate CM/ECF electronic notifications to James A. Castle for this case. Ordered by Magistrate Judge Cheryl R. Zwart. (CS) (Entered: 05/24/2019) |

| 06/03/2019 | 109 | MOTION to Withdraw as Attorney by Attorney W. Brian Gaddy as to defendant(s) Damon D. Williams. (Gaddy, W.) (Entered: 06/03/2019) |
|---|---|---|
| 06/04/2019 | 110 | ORDER − Defendant Morrow's anticipated motion to sever shall be filed on or before July 10, 2019. A telephonic conference with the undersigned magistrate judge will be held on October 4, 2019 at 9:00 a.m. to discuss further case progression, the pretrial motion deadline, and a trial setting. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 72 ), to participate in the call as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, and Ira Morrow. The time between todays date and October 4, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this remains "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii). Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 06/04/2019) |
| 06/04/2019 | 111 | AUDIO FILE. Audio as to Defendant (1) Tawhyne M. Patterson Sr., Defendant (2) Damon D. Williams, Defendant (3) Dante D. Williams, Defendant (4) Ira Morrow. Court Date & Time [ 6/4/2019 11:37:02 AM ]. File Size [ 4127 KB ]. Run Time [ 00:17:12 ]. (Telephon (Entered: 06/04/2019) |
| 06/05/2019 | 112 | ORDER − that the motion to withdraw filed by W. Brian Gaddy, as counsel of record for Defendant Damon D. Williams, (Filing No. 109 ), is granted. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 06/05/2019) |
| 07/10/2019 | 113 | MOTION to Sever by Attorney Nancy K. Peterson as to defendant(s) Ira Morrow. (Peterson, Nancy) (Entered: 07/10/2019) |
| 07/10/2019 | 114 | BRIEF in support of MOTION to Sever 113 by Attorney Nancy K. Peterson as to defendant(s) Ira Morrow. (Peterson, Nancy) (Entered: 07/10/2019) |
| 07/11/2019 | 115 | UNOPPOSED MOTION to Extend *Deadline to file Response* by Attorney Lesley A. Woods as to defendant(s) Ira Morrow. (Woods, Lesley) (Entered: 07/11/2019) |
| 07/11/2019 | 116 | TEXT ORDER granting 115 Motion to Extend. The government's response to the Motion to Sever 113 shall be filed on or before July 26, 2019. Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 07/11/2019) |
| 07/23/2019 | 1 | COMPLAINT signed by Magistrate Judge Cheryl R. Zwart as to defendant William Boothe, III. (Attachments: # 1 RESTRICTED Affidavit) ACCESS TO THE AFFIDAVIT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (JAB) Modified on 7/24/2019 to unseal. (JAB) [4:19−mj−03086−CRZ] (Entered: 07/23/2019) |
| 07/23/2019 | 2 | CRIMINAL COVER SHEET as to defendant William Boothe, III. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (JAB) [4:19−mj−03086−CRZ] (Entered: 07/23/2019) |
| 07/23/2019 | | Remark − Public: Case filed under seal on 7/23/2019 and unsealed on 7/24/2019 pursuant to memorandum as to defendant William Boothe, III. (JAB) [4:19−mj−03086−CRZ] (Entered: 07/24/2019) |
| 07/24/2019 | 4 | NOTICE (MEMORANDUM) TO UNSEAL MAGISTRATE CASE by Attorney Lesley A. Woods as to defendant William Boothe, III. (JAB) [4:19−mj−03086−CRZ] (Entered: 07/24/2019) |
| 07/24/2019 | 5 | TEXT ORDER SETTING HEARING as to defendant William Boothe, III. **Initial Appearance set for 7/24/2019 at 03:30 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) [4:19−mj−03086−CRZ] (Entered: 07/24/2019) |

| 07/24/2019 | 6 | TEXT ORDER RESCHEDULING HEARING as to defendant William Boothe, III. Pursuant to a medical emergency, the **Initial Appearance is reset for 7/25/2019 at 02:15 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) [4:19−mj−03086−CRZ] (Entered: 07/24/2019) |
|---|---|---|
| 07/25/2019 | 8 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 7/25/2019 as to defendant William Boothe, III. Initial Appearance on Complaint held. Defendant has seen a copy of the Complaint. Appointment of counsel requested. Court appoints CJA Panel attorney to represent defendant. Rights reviewed. Detention hearing waived, government does not oppose release on conditions. Defendant released on conditions, order forthcoming. Telephonic Status Conference set 10/4/2019 at 9:00 AM before Magistrate Judge Cheryl R. Zwart. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Lesley A. Woods; For Defendant: James K. McGough, CJA. Time Start: 2:25 PM; Time Stop: 2:36 PM; Time in Court: 11 Minutes. (JAB) [4:19−mj−03086−CRZ] (Entered: 07/25/2019) |
| 07/25/2019 | 9 | ◀) AUDIO FILE. Audio as to Defendant (1) William Boothe III. Court Date & Time [ 07/25/2019 2:25:51 PM ]. File Size [ 2398 KB ]. Run Time [ 00:09:59 ]. (Initial Appearance). (auto−docket). [4:19−mj−03086−CRZ] (Entered: 07/25/2019) |
| 07/25/2019 | 10 | NOTICE OF ATTORNEY APPEARANCE by Attorney James K. McGough as to defendant(s) William Boothe, III. (McGough, James) [4:19−mj−03086−CRZ] (Entered: 07/25/2019) |
| 07/25/2019 | 12 | ORDER APPOINTING COUNSEL − CJA Counsel is appointed to represent the defendant in this matter as to defendant William Boothe, III. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) [4:19−mj−03086−CRZ] (Entered: 07/25/2019) |
| 07/25/2019 | 13 | ORDER SETTING CONDITIONS OF RELEASE as to defendant William Boothe, III. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) [4:19−mj−03086−CRZ] (Entered: 07/25/2019) |
| 07/26/2019 | 117 | MOTION to Restrict pursuant to the E−Government Act by Attorney Lesley A. Woods as to defendant(s) Ira Morrow. (Woods, Lesley) (Entered: 07/26/2019) |
| 07/26/2019 | 118 | RESTRICTED DOCUMENT *Brief in Response to Motion to Sever* regarding MOTION to Restrict pursuant to the E−Government Act 117 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Lesley A. Woods as to defendant(s) Ira Morrow. (Woods, Lesley) (Entered: 07/26/2019) |
| 07/26/2019 | 119 | RESTRICTED DOCUMENT *Index* regarding MOTION to Restrict pursuant to the E−Government Act 117 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Lesley A. Woods as to defendant(s) Ira Morrow. (Attachments: # 1 Exhibit 1)(Woods, Lesley) (Entered: 07/26/2019) |
| 07/26/2019 | 14 | ARREST WARRANT RETURNED EXECUTED as to defendant William Boothe, III. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LAC) [4:19−mj−03086−CRZ] (Entered: 07/26/2019) |

| 07/29/2019 | 120 | TEXT ORDER granting 117 Motion to Restrict pursuant to the E−Government Act as to Ira Morrow (4) Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 07/29/2019) |
|---|---|---|
| 08/07/2019 | 121 | ORDER − that Defendant Ira Morrow's motion to sever, (Filing No. 113 ), is denied. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 08/07/2019) |
| 08/21/2019 | 122 | PART 1 OF 2 SECOND SUPERSEDING INDICTMENT with foreperson's signature redacted pursuant to the E−Government Act as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, Ira Morrow, and William Boothe, III. (LKO) (Entered: 08/22/2019) |
| 08/21/2019 | 123 | PART 2 OF 2 − FOREPERSON'S SIGNATURE PAGE regarding Second Superseding Indictment 122 as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, Ira Morrow, and William Boothe, III. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Entered: 08/22/2019) |
| 08/21/2019 | 124 | CRIMINAL COVER SHEET as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, Ira Morrow, and William Boothe, III. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Entered: 08/22/2019) |
| 08/22/2019 | | Remark − Public: Duplicate Filing Nos. due to 4:19MJ3086 being merged after case opening as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, Ira Morrow, and William Boothe, III. (LKO) (Entered: 08/22/2019) |
| 09/13/2019 | 127 | MOTION for Hearing by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 09/13/2019) |
| 09/17/2019 | 128 | ORDER − that Defendant's motion to review detention, (Filing No. 127 ), is denied as to Dante D. Williams. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 09/17/2019) |
| 09/25/2019 | 129 | TEXT ORDER SETTING HEARING as to defendant Dante D. Williams. **Initial Appearance on Second Superseding Indictment set for 10/3/2019 at 02:30 PM in** Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/25/2019) |
| 09/27/2019 | 130 | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT and ORDER as to defendant William Boothe, III. The Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/27/2019) |
| 09/27/2019 | 131 | WAIVER *of Personal Appearance at Arraignment* by Attorney Nancy K. Peterson as to defendant(s) Ira Morrow. (Peterson, Nancy) (Entered: 09/27/2019) |
| 09/30/2019 | 132 | TEXT ORDER as to defendant Ira Morrow. IT IS ORDERED that Defendant's waiver of arraignment, (Filing No. 131 ), is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/30/2019) |
| 10/03/2019 | 133 | MOTION to Withdraw as Attorney by Attorney Jessica L. Milburn as to defendant(s) Tawhyne M. Patterson, Sr.. (Milburn, Jessica) (Entered: 10/03/2019) |
| 10/03/2019 | 134 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 10/3/2019 as to defendant Dante D. Williams. Arraignment on Second Superseding Indictment held. Charges read. Rights reviewed. Defendant stands mute. Not guilty plea entered by court. Telephonic status hearing set 10/4/2019 at 9:00 a.m. to discuss case progression. On court's motion, after discussion with counsel and with the defendant, defendant remanded to the Bureau of Prisons to complete a competency evaluation. Appearance for Plaintiff: Matthew R. Molsen for Lesley A. |

| | | |
|---|---|---|
| | | Woods; For Defendant: Chad J. Wythers, CJA. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Time Start: 1:50 PM; Time Stop: 2:00 PM; Time in Court: 10 Minutes. (JAB) Modified on 10/3/2019 to update NG plea. (JAB) (Entered: 10/03/2019) |
| 10/03/2019 | 135 | ◀) AUDIO FILE. Audio as to Defendant (3) Dante D. Williams. Court Date & Time [ 10/3/2019 1:50:25 PM ]. File Size [ 2916 KB ]. Run Time [ 00:12:09 ]. (Arraignment on Second Superseding Indictment). (auto−docket). (Entered: 10/03/2019) |
| 10/03/2019 | 141 | ORAL MOTION for Competency Examination as to defendant Dante D. Williams. (JAB) Modified on 10/4/2019 to correct date of request. (JAB) (Entered: 10/04/2019) |
| 10/04/2019 | 137 | AMENDED CRIMINAL COVER SHEET by Attorney Lesley A. Woods as to defendant Dante D. Williams. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (JAB) (Entered: 10/04/2019) |
| 10/04/2019 | 138 | MOTION to Withdraw as Attorney by Attorney Toni M. Leija−Wilson as to defendant(s) Damon D. Williams. (Leija−Wilson, Toni) (Entered: 10/04/2019) |
| 10/04/2019 | 139 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 10/4/2019 as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, Ira Morrow, and William Boothe, III. Telephonic status conference held. New counsel will need to be appointed for 2 of the defendants. **Status Conference continued to 11/14/2019 at 4:00 PM by Telephone** before Magistrate Judge Cheryl R. Zwart. Parties are directed to use instructions found at filing 72 for participation in the conference. Time between today's date and the anticipated status hearing is excluded for purposes of computing the limits under the Speedy Trial Act. Appearance for Plaintiff: Lesley A. Woods; for Defendants: Jessica L. Milburn, Toni M. Leija−Wilson, Chad J. Wythers, Hannah E. Carroll−Altman, Nancy K. Peterson, and James K. McGough; Courtroom Deputy: Jeri Bierbower; Court Reporter: digital. Time Start: 9:02 AM; Time Stop: 9:09 AM; Time in Court: 7 Minutes. (JAB) (Entered: 10/04/2019) |
| 10/04/2019 | 140 | ◀) AUDIO FILE (1.4 MB) as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, Ira Morrow, and William Boothe, III regarding Status Conference 139 held on 10/4/2019 at 9:00 a.m. before Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/04/2019) |
| 10/04/2019 | 142 | ORDER as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, Ira Morrow, and William Boothe, III. A status conference will be held before the undersigned magistrate judge at **4:00 p.m. on November 14, 2019** by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 72), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference. The time between today's date and November 14, 2019 is excluded under the Speedy Trial Act. Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/04/2019) |
| 10/04/2019 | 143 | ORDER − IT IS ORDERED: Defense counsel's motion to appoint new counsel, (Filing No. 133 ), is granted. Jessica Milburn is hereby withdrawn as counsel, and shall promptly notify Defendant of the entry of this order. The clerk shall delete Jessica Milburn from any future ECF notifications herein. The clerk shall forward this memorandum and order to the Federal Public Defender. The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant as to Tawhyne M. Patterson Sr. Ordered by Magistrate Judge Cheryl R. Zwart. (Copy mailed as directed)(TCL) (Entered: 10/04/2019) |
| 10/04/2019 | 144 | ORDER − IT IS ORDERED: Defense counsel's motion to appoint new counsel, (Filing No. 138 ), is granted. Toni Leija−Wilson is hereby withdrawn as counsel, and |

| | | |
|---|---|---|
| | | shall promptly notify Defendant of the entry of this order. The clerk shall delete Toni Leija−Wilson from any future ECF notifications herein. The clerk shall forward this memorandum and order to the Federal Public Defender. The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant as to Damon D. Williams. Ordered by Magistrate Judge Cheryl R. Zwart. (Copy mailed as directed)(TCL) (Entered: 10/04/2019) |
| 10/04/2019 | 145 | ORDER as to defendant Dante D. Williams. Defendant is remanded to the custody of the Attorney General of the United States for mental health evaluations and testing. Ordered by Magistrate Judge Cheryl R. Zwart. (1 Certified copy to USM)(JAB) (Entered: 10/04/2019) |
| 10/08/2019 | 146 | TEXT ORDER SETTING HEARING as to defendant Damon D. Williams. **Initial Appearance on Second Superseding Indictment set for 10/16/2019 at 03:00 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/08/2019) |
| 10/10/2019 | 147 | WAIVER of Personal Appearance at Arraignment and ORDER as to defendant Damon D. Williams. The Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/10/2019) |
| 10/10/2019 | 148 | TEXT ORDER as to defendant Damon D. Williams. Pursuant to the filing of a waiver of appearance at arraignment, the Initial Appearance on Second Superseding Indictment set for 10/16/2019 is cancelled. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/10/2019) |
| 10/16/2019 | 149 | TEXT ORDER SETTING HEARING as to defendant Tawhyne M. Patterson, Sr., **Arraignment on Second Superseding Indictment set for 10/22/2019 03:00 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/16/2019) |
| 10/17/2019 | 150 | NOTICE OF ATTORNEY APPEARANCE by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 10/17/2019) |
| 10/22/2019 | 152 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 10/22/2019 as to defendant Tawhyne M. Patterson, Sr. Arraignment on Second Superseding Indictment held. Rights reviewed. Not guilty plea entered. Counsel to comply with local rules regarding discovery. Trial will not be set at this time. Instead a **telephonic status conference is set 11/14/2019 at 4:00 p.m. before Judge Zwart. Counsel shall use the conferencing instructions assigned to this case (Filing No. 72 ) to participate in the call.** No reason to readdress detention. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Appearance for Plaintiff: Lesley A. Woods; For Defendant: Michael J. Tasset, CJA. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Time Start: 2:59 PM; Time Stop: 3:05 PM; Time in Court: 6 Minutes. (JAB) (Entered: 10/22/2019) |
| 10/22/2019 | 153 | 🔊 AUDIO FILE. Audio as to Defendant (1) Tawhyne M. Patterson Sr.. Court Date & Time [ 10/22/2019 2:59:32 PM ]. File Size [ 1276 KB ]. Run Time [ 00:05:19 ]. (ARR on Second Superseding Indictment). (auto−docket). (Entered: 10/22/2019) |
| 11/14/2019 | 154 | 🔊 AUDIO FILE. Audio as to Defendant (1) Tawhyne M. Patterson Sr., Defendant (2) Damon D. Williams, Defendant (3) Dante D. Williams, Defendant (4) Ira Morrow, Defendant (5) William Boothe III. Court Date & Time [ 11/14/2019 3:54:12 PM ]. File Size [ 3061 KB (Entered: 11/14/2019) |
| 11/14/2019 | 155 | ORDER − A trial date and pretrial motion deadline will not be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at **9:00 a.m. on December 17, 2019** by telephone. All participants shall use the conferencing information provided by the court to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference. |

| | | |
|---|---|---|
| | | The Court further finds that in the interest of justice, the time between todays date and December 17, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because additional time is needed to review discovery and confer with the defendants before setting a progression schedule to final resolution. See, 18 U.S.C. 3161(h)(7) as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, Ira Morrow, and William Boothe, III. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 11/15/2019) |
| 12/17/2019 | <u>156</u> | ORDER − **As to all defendants**, pretrial motions and briefs shall be filed on or before **March 27, 2020**. **As to all defendants**, trial of this case is set to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at **9:00 a.m. on April 27, 2020**, or as soon thereafter as the case may be called, for a duration of eight (8) trial days. Jury selection will be held at commencement of trial. **As to all defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and March 27, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, Ira Morrow, and William Boothe, III. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 12/17/2019) |
| 01/15/2020 | 158 | TEXT ORDER SETTING HEARING regarding MOTION for Competency Examination 141 as to defendant Dante D. Williams. **Motion Hearing set for 1/23/2020 at 11:00 AM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 01/15/2020) |
| 01/23/2020 | 159 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 1/23/2020 as to defendant Dante D. Williams. Hearing held on determination of competency. Defendant rearraigned on Second Superseding Indictment <u>122</u> . Based upon questioning, and Defendant's lack of participation in the evaluation, Court is not fully convinced that it has enough information at this time to determine if defendant is competent or not. Matter will be rescheduled once defense counsel has had more time to meet with the defendant. Defendant remanded to the custody of the U.S. Marshal. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Lesley A. Woods; For Defendant: Chad J. Wythers, CJA. Time Start: 11:10 AM; Time Stop: 11:25 AM; Time in Court: 15 Minutes. (JAB) Modified on 1/23/2020 to reference rearraignment. (JAB) (Entered: 01/23/2020) |
| 01/23/2020 | <u>160</u> | 🔊 AUDIO FILE. Audio as to Defendant (3) Dante D. Williams. Court Date & Time [ 01/23/2020 11:10:24 AM ]. File Size [ 3282 KB ]. Run Time [ 00:13:40 ]. (Competency hearing). (auto−docket). (Entered: 01/23/2020) |
| 02/03/2020 | <u>161</u> | RESTRICTED MOTION as to defendant Dante D. Williams. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Entered: 02/03/2020) |
| 02/03/2020 | 162 | TEXT ORDER SETTING RESTRICTED HEARING regarding RESTRICTED MOTION <u>161</u> as to defendant Dante D. Williams. **Motion Hearing set for 2/13/2020 at 01:00 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 02/03/2020) |
| 02/13/2020 | 163 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 2/13/2020 as to defendant Dante D. Williams. Hearing held regarding restricted motion <u>161</u> . After discussion, motion is denied. Court orders audio of hearing sealed. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital |

| | | |
|---|---|---|
| | | Recorder. Appearance for Plaintiff: Lesley A. Woods (left courtroom at 1:06); For Defendant: Chad J. Wythers, CJA. Time Start: 1:05 PM; Time Stop: 1:24 PM; Time in Court: 19 Minutes. (JAB) (Entered: 02/13/2020) |
| 02/24/2020 | 165 | ORDER SETTING HEARING regarding MOTION for Medical/Mental Examination 141 as to defendant Dante D. Williams. **Motion Hearing set for 3/6/2020 at 09:30 AM** in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (E−mailed to Drs. Newring and Browning)(JAB) (Entered: 02/24/2020) |
| 03/06/2020 | 166 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 3/6/2020 as to defendant Dante D. Williams. Administrative Hearing held regarding determination of defendant's competency. Court and Counsel examine Dr. Samuel Browning present by videoconference and Dr. Kirk A. B. Newring present by telephone. SEALED audio proffer received from defense counsel. Court takes judicial notice of entire file with emphasis on evaluations 136 and 157 and filing 161 . Court takes matter under advisement. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Appearance for Plaintiff: Lesley A. Woods; For Defendant: Chad J. Wythers, CJA. Courtroom Deputy: Jeri Bierbower. Reporter: Digital Recorder. Time Start: 9:43 AM; Time Stop: 10:54 AM; Time in Court: 1 Hour 11 Minutes. (JAB) (Entered: 03/06/2020) |
| 03/06/2020 | 167 | ◀) AUDIO FILE. Audio as to Defendant (3) Dante D. Williams. Court Date & Time [ 3/6/2020 9:43:16 AM ]. File Size [ 1160 KB ]. Run Time [ 00:04:50 ]. (Competency hearing part 1). (auto−docket). (Entered: 03/06/2020) |
| 03/06/2020 | 168 | ◀) AUDIO FILE. Audio as to Defendant (3) Dante D. Williams. Court Date & Time [ 3/6/2020 9:54:43 AM ]. File Size [ 14228 KB ]. Run Time [ 00:59:17 ]. (Competency hearing part 2). (auto−docket). (Entered: 03/06/2020) |
| 03/06/2020 | 170 | WITNESS LIST as to defendant Dante D. Williams from hearing held on 3/6/2020 regarding Minutes, Filing 166 Competency Hearing.(JAB) (Entered: 03/06/2020) |
| 03/06/2020 | 171 | LETTER BY CLERK that a transcript request was sent to Rogene Schroder for transcription regarding Competency Hearing 166 . Transcript ordered by Magistrate Judge Cheryl R. Zwart as to defendant Dante D. Williams. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (TCL) (Entered: 03/06/2020) |
| 03/16/2020 | 172 | MEMORANDUM AND ORDER − Dante Williams is competent to stand trial. As to all defendants, pursuant to 18 U.S.C. § 3161(h)(1)(A) & (h)(4), the time between December 28, 2018 (the first indication of potential incompetence), and today's date is deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failing to timely object to this order excluding time will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act as to Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, Ira Morrow, and William Boothe, III. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 03/16/2020) |
| 03/20/2020 | 173 | TRANSCRIPT (UNREDACTED) of Proceedings before Magistrate Judge Cheryl R. Zwart held on March 6, 2020 as to defendant Dante D. Williams. Total Number of Billable Pages: 1−5,9−50. Total Number of Pages: 48. In accordance with the transcript redaction procedure, available at<br><br>http://www.ned.uscourts.gov/internetDocs/pom/tran_redaction_procedure.pdf,<br><br>the transcript may be viewed at the courts public terminal or purchased through Transcriber Rogene S. Schroder at (402) 661−7383 or roschrod79@yahoo.com before the expiration of the Release of Transcript Restriction deadline. The parties have 7 calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Redaction Request due 4/10/2020. Redacted Transcript Deadline set for 4/20/2020. |

| | | |
|---|---|---|
| | | Release of Transcript Restriction set for 6/18/2020. (RSS) Modified on 6/19/2020 to release transcript and remove restricted lanuage(ADB). (Entered: 03/20/2020) |
| 03/23/2020 | 175 | MOTION to Extend *Pretrial Motion Deadline* by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 03/23/2020) |
| 03/25/2020 | 177 | ORDER − Defendant's motion to continue, (Filing No. 175 ), is granted as to Tawhyne M. Patterson Sr. **As to all defendants**, pretrial motions and briefs shall be filed on or before April 27, 2020. **As to all defendants**, trial of this case is continued pending resolution of any pretrial motions filed. The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to all defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and April 27, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 03/25/2020) |
| 04/27/2020 | 179 | MOTION to Extend *Pretrial Motion Deadline* by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 04/27/2020) |
| 04/27/2020 | 180 | MOTION Independent Testing by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 181 | BRIEF in support of MOTION Independent Testing 180 by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 182 | MOTION to Restrict pursuant to the E−Government Act by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 183 | RESTRICTED DOCUMENT regarding MOTION Independent Testing 180 , MOTION to Restrict pursuant to the E−Government Act 182 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 184 | MOTION in Limine by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 185 | BRIEF in support of MOTION in Limine 184 by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 186 | MOTION for Disclosure of Confidential Informants by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 187 | BRIEF in support of MOTION for Disclosure of Confidential Informants 186 by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 188 | MOTION to Restrict pursuant to the E−Government Act by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 189 | RESTRICTED DOCUMENT regarding MOTION to Restrict pursuant to the E−Government Act 188 , MOTION for Disclosure of Confidential Informants 186 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Attachments: # 1 Exhibit, |

| | | |
|---|---|---|
| | | # 2 Exhibit)(Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 190 | TEXT ORDER granting 182 Motion to Restrict pursuant to the E−Government Act as to Dante D. Williams (3) Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 04/27/2020) |
| 04/27/2020 | 191 | MOTION to Sever by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 192 | MOTION to Restrict pursuant to the E−Government Act by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 193 | RESTRICTED DOCUMENT regarding MOTION to Sever 191 , MOTION to Restrict pursuant to the E−Government Act 192 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 194 | RESTRICTED DOCUMENT regarding MOTION to Sever 191 , MOTION to Restrict pursuant to the E−Government Act 192 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Attachments: # 1 Exhibit, # 2 Exhibit)(Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 195 | MOTION to Suppress by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 196 | BRIEF in support of MOTION to Suppress 195 by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 197 | MOTION to Restrict pursuant to the E−Government Act by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 198 | TEXT ORDER granting 188 Motion to Restrict pursuant to the E−Government Act as to Dante D. Williams (3) Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 04/27/2020) |
| 04/27/2020 | 199 | RESTRICTED DOCUMENT regarding MOTION to Suppress 195 , MOTION to Restrict pursuant to the E−Government Act 197 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Attachments: # 1 Exhibit)(Wythers, Chad) (Entered: 04/27/2020) |
| 04/27/2020 | 200 | TEXT ORDER granting 192 Motion to Restrict pursuant to the E−Government Act as to Dante D. Williams (3) Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 04/27/2020) |
| 04/27/2020 | 201 | TEXT ORDER granting 197 Motion to Restrict pursuant to the E−Government Act as to Dante D. Williams (3) Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 04/27/2020) |
| 04/28/2020 | 202 | ORDER − Defendant Patterson's motion to continue, (Filing No. 179 ), is granted. **As to all defendants**, pretrial motions and briefs shall be filed on or before **May 27, 2020**. **As to all defendants**, trial of this case is continued pending resolution of any pretrial motions filed. The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and May 27, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have |

| | | |
|---|---|---|
| | | been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 04/28/2020) |
| 05/01/2020 | 203 | UNOPPOSED MOTION to Extend *Response Deadline* by Attorney Lesley A. Woods as to defendant(s) Dante D. Williams. (Woods, Lesley) (Entered: 05/01/2020) |
| 05/05/2020 | 204 | TEXT ORDERgranting 203 Motion to Extend.<br>The government's response to Defendant Dante Williams' Motion for Disclosure of Confidential Informants 186 , Motion to Suppress 195 , Motion in Limine 184 , Motion for Independent Testing 180 , and Motion to Sever 191 is extended to May 27, 2020.<br>Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 05/05/2020) |
| 05/19/2020 | 205 | REQUEST FOR TRANSCRIPT regarding Minutes, Filing 134 Arraignment,,,, 63 Initial Appearance,,,, Arraignment,,,, Detention Hearing,,,, before Magistrate Judge Cheryl R. Zwart ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. by Attorney Chad J. Wythers as to defendant(s) Dante D. Williams. (Wythers, Chad) (Entered: 05/19/2020) |
| 05/21/2020 | 206 | MOTION to Extend *Pretrial Motion Deadline* by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 05/21/2020) |
| 05/23/2020 | 207 | ORDER − Defendant Patterson's motion to continue, (Filing No. 206 ), is granted. **As to all defendants**, pretrial motions and briefs shall be filed on or before **June 26, 2020**. **As to all defendants**, trial of this case remains continued pending resolution of any pretrial motions filed. The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to all defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and June 26, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 05/26/2020) |
| 05/26/2020 | 208 | UNOPPOSED MOTION to Extend *Response Deadline* regarding MOTION in Limine 184 , MOTION to Sever 191 , MOTION Independent Testing 180 , MOTION to Suppress 195 , MOTION for Disclosure of Confidential Informants 186 by Attorney Lesley A. Woods as to defendant(s) Dante D. Williams. (Woods, Lesley) (Entered: 05/26/2020) |
| 05/26/2020 | 209 | TEXT ORDER granting 208 Motion to Extend.<br>The government's response to Defendant Patterson's Motion for Disclosure of Confidential Informants 186 , Motion to Suppress 195 , Motion in Limine 184 , Motion for Independent Testing 180 , and Motion to Sever 191 shall be filed on or before June 26, 2020.<br>Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 05/26/2020) |
| 06/22/2020 | 212 | TEXT ORDER SETTING HEARING as to defendant Dante D. Williams. **Status Conference set for 6/22/2020 at 12:30 PM by Telephone** before Magistrate Judge Cheryl R. Zwart. Call in instructions have been e−mailed to counsel. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 06/22/2020) |
| 06/22/2020 | 213 | ORDER − The governments deadline for responding to Defendant Dante Williams' pretrial motions is stayed pending further order of the court. A hearing will be held before Magistrate Judge Zwart on **July 1, 2020, at 11:00 a.m.**, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Defendant, defense counsel, and counsel for the government shall appear at |

| | | |
|---|---|---|
| | | this hearing. If the defendant intends to accept the government's plea agreement, a change of plea hearing will be held during the July 1, 2020 hearing, If the defendant does not accept the plea agreement andenter his plea of guilty on July 1, 2020, the plea agreement will then be deemed withdrawn, and the court will set a new deadline for responding to Defendant Dante Williams' pretrial motions. The time between today's date and July 1, 2020 shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act because the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7). Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 06/22/2020) |
| 06/23/2020 | [214](#) | MOTION to Extend *Pretrial Motion Deadline* by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 06/23/2020) |
| 06/23/2020 | [215](#) | ORDER − Defendant Patterson's motion to continue, (Filing No. [214](#) ), is granted. **As to all defendants**, pretrial motions and briefs shall be filed on or before **July 27, 2020**. **As to all defendants**, trial of this case is continued pending resolution of any pretrial motions filed. The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to all defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and July 27, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this courts local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act. **No further extensions will be granted absent a substantial showing of good cause** as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams, Ira Morrow, and William Boothe, III. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 06/24/2020) |
| 06/25/2020 | [216](#) | PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE − Summons Issued as to defendant William Boothe, III. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 06/26/2020) |
| 06/25/2020 | [217](#) | Summons Issued (COPY) as to defendant William Boothe, III regarding Petition regarding Conditions of Pretrial Release [216](#) . **Initial Appearance on Pretrial Violation set for 7/8/2020 at 11:00 AM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (JAB) (Entered: 06/26/2020) |
| 06/26/2020 | [218](#) | Summons Returned Executed as to defendant William Boothe, III on 6/6/20. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Entered: 06/26/2020) |
| 06/26/2020 | [219](#) | RESTRICTED MOTION to Appoint New Counsel filed by defendant Dante D. Williams. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (JAB) Modified on 6/26/2020 to restrict per Judge Zwart. (JAB) (Entered: 06/26/2020) |
| 06/26/2020 | 220 | TEXT ORDER SETTING HEARING regarding MOTION to Appoint New Counsel [219](#) filed by defendant Dante D. Williams. **Motion Hearing set for 7/1/2020 at 11:00 AM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 06/26/2020) |

| 07/01/2020 | 221 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 7/1/2020 as to defendant Dante D. Williams. Hearing held regarding Defendant's restricted motion for new counsel 219 . After discussion, defendant's motion is denied. Court orders audio of hearing be sealed. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Lesley A. Woods (left courtroom at 11:20); For Defendant: Chad J. Wythers, CJA. Time Start: 11:17 AM; Time Stop: 11:56 AM; Time in Court: 39 Minutes. (JAB) (Entered: 07/01/2020) |
|---|---|---|
| 07/01/2020 | 223 | 🔊 AUDIO FILE (0.6 MB) as to defendant Dante D. Williams regarding Objection to Magistrate Order Hearing held on 7/1/2020 at 12:04 p.m. before Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 07/01/2020) |
| 07/01/2020 | 224 | OBJECTION TO MAGISTRATE JUDGE'S ORDER regarding ruling in New Attorney Appointment Hearing 221 filed by defendant Dante D. Williams. (JAB) (Entered: 07/01/2020) |
| 07/01/2020 | 225 | TEXT ORDER: As to the pretrial motions filed by defendant Dante D. Williams, filings 180 , 184 , 186 , 191 , and 195 , the government's deadline for responding is extended to August 3, 2020 (seven days following the current pretrial motion deadline).<br>Ordered by Magistrate Judge Cheryl R. Zwart. (Zwart, Cheryl) (Entered: 07/01/2020) |
| 07/01/2020 | 226 | ORDER regarding RESTRICTED MOTION 219 as to defendant Dante D. Williams. For the reasons stated on the record (Filing No. 223 ), defendant's motion, (Filing No. 219 ), is denied. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 07/01/2020) |
| 07/02/2020 | 227 | TEXT ORDER RESCHEDULING HEARING as to defendant William Boothe, III. On the court's own motion, and without objection by the parties, the Initial Appearance on Pretrial Violation is **reset for 7/9/2020 at 10:30 AM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 07/02/2020) |
| 07/08/2020 | 229 | ORDER − that the defendant's objection (filing 224 ) is overruled as to defendant Dante D. Williams. Ordered by Chief Judge John M. Gerrard. (LKO) (Entered: 07/08/2020) |
| 07/09/2020 | 230 | TEXT ORDER SETTING MOTION HEARING regarding RESTRICTED MOTION − 219 as to defendant Dante D. Williams. **Motion Hearing set for 7/9/2020 at 01:15 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 07/09/2020) |
| 07/09/2020 | 231 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 7/9/2020 as to defendant William Boothe, III. Initial Appearance on Petition for Action on Conditions of Pretrial Release 216 held. Defendant denies allegations. Probable cause hearing held. Evidence by Government and Defendant. Court takes judicial notice of medications listed in Pretrial Services Report 7 . Argument by both parties. Court finds defendant is in violation of condition (v) of his conditions of release and will be placed on house arrest. Defendant released on conditions previously in place in addition to conditions reviewed in court. Appearance for Plaintiff: Lesley A. Woods; For Defendant: James K. McGough, CJA. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Pretrial Services: Megan Davis. Time Start: 11:04 AM; Time Stop: 12:35 PM; Time in Court: 1 Hour 31 Minutes. (JAB) (Entered: 07/09/2020) |
| 07/09/2020 | 232 | 🔊 AUDIO FILE. Audio as to Defendant (5) William Boothe III. Court Date & Time [ 7/9/2020 11:04:36 AM ]. File Size [ 19521 KB ]. Run Time [ 01:21:20 ]. (Pretrial Release Violation hearing). (auto−docket). (Entered: 07/09/2020) |
| 07/09/2020 | 233 | EXHIBIT LIST as to defendant William Boothe, III from hearing held on 7/9/2020 regarding Minutes, Filing 231 Initial Appearance and Preliminary Hearing on Pretrial Violation. (JAB) (Entered: 07/09/2020) |
| 07/09/2020 | 234 | WITNESS LIST as to defendant William Boothe, III from hearing held on 7/9/2020 regarding Minutes, Filing 231 Initial Appearance and Preliminary Hearing on Pretrial |

| | | |
|---|---|---|
| | | Violation. (JAB) (Entered: 07/09/2020) |
| 07/09/2020 | 235 | ORDER regarding additional conditions of release as to defendant William Boothe, III. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 07/09/2020) |
| 07/09/2020 | 236 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 7/9/2020 as to defendant Dante D. Williams. Hearing held regarding defendant's motion to proceed pro se 219 . After much discussion, Court finds defendant has knowingly and voluntarily waived his right to counsel. Defendant is permitted to proceed without counsel, but Chad J. Wythers is appointed as stand−by counsel for defendant. Mr. Wythers is not permitted to give defendant any assistance as to legal advice until the defendant asks for him to be reappointed as his attorney. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Lesley A. Woods; For Defendant: Chad J. Wythers, CJA (stand−by counsel). Time Start: 1:23 PM; Time Stop: 1:44 PM; Time in Court: 21 Minutes Time Start: 1:23 PM; Time Stop: 1:44 PM; Time in Court: 21 Minutes. (JAB) (Entered: 07/09/2020) |
| 07/09/2020 | 237 | 🔊 AUDIO FILE. Audio as to Defendant (3) Dante D. Williams. Court Date & Time [ 7/9/2020 1:23:24 PM ]. File Size [ 4908 KB ]. Run Time [ 00:20:27 ]. (Motion to proceed pro se hearing). (auto−docket). (Entered: 07/09/2020) |
| 07/13/2020 | 238 | ORDER as to defendant Dante D. Williams (3). A follow up hearing on defendant's decision to represent himself will be held at **11:30 on July 17, 2020** before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Defendant, his standby counsel, and counsel for the government shall attend. Ordered by Magistrate Judge Cheryl R. Zwart. (Copy mailed to pro se party and e−mailed to Saline County Corrections)(JAB) (Entered: 07/13/2020) |
| 07/14/2020 | 239 | TEXT NOTICE OF HEARING as to defendant Dante D. Williams. A follow up hearing on defendant's decision to represent himself is set for 7/17/2020 11:30 AM in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 07/14/2020) |
| 07/15/2020 | 240 | MOTION to Withdraw as Attorney by Attorney Hannah E. Carroll−Altman as to defendant(s) Dante D. Williams. (Carroll−Altman, Hannah) (Entered: 07/15/2020) |
| 07/15/2020 | 241 | ORDER − Hannah E. Carroll−Altman's motion to withdraw, (Filing No. 240 ), is granted as to Dante D. Williams. The clerk shall delete Hannah E. Carroll−Altman from any future ECF notifications herein. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 07/15/2020) |
| 07/17/2020 | 242 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 7/17/2020 as to defendant Dante D. Williams. Follow−up hearing held regarding defendant's pro se status. Defendant has been provided with a copy of the proposed plea agreement that will expire on 7/24/2020 (marked as Court Exhibit 1). The marshals have been provided a copy of the Federal Rules to give to Saline County for use in their law library. Court explained the process of how a trial works to defendant. Defendant given an opportunity to review discovery with FBI today and has agreed to do so. Order of transfer forthcoming. Court orders a transcript of hearing be prepared as soon as possible and a copy provided to the defendant. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Lesley A. Woods; For Defendant: Chad J. Wythers, CJA (stand−by counsel). Time Start: 11:36 AM; Time Stop: 12:37 PM; Time in Court: 52 Minutes. (JAB) (Entered: 07/17/2020) |
| 07/17/2020 | 243 | 🔊 AUDIO FILE. Audio as to Defendant (3) Dante D. Williams. Court Date & Time [ 7/17/2020 11:36:55 AM ]. File Size [ 9818 KB ]. Run Time [ 00:40:55 ]. (Follow−up hearing regarding pro se status). (auto−docket). (Entered: 07/17/2020) |
| 07/17/2020 | 244 | ORDER for temporary transfer of custody as to defendant Dante D. Williams. Ordered by Magistrate Judge Cheryl R. Zwart. (E−mailed to USM)(JAB) (Entered: 07/17/2020) |
| 07/17/2020 | 245 | EXPEDITED LETTER BY CLERK that a transcript request was sent to Lisa Grimminger for transcription regarding Evidentiary Hearing 242 . Transcript ordered by Magistrate Judge Cheryl R. Zwart as to defendant Dante D. Williams. ACCESS TO |

| | | |
|---|---|---|
| | | THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (TCL) (Entered: 07/17/2020) |
| 07/17/2020 | 246 | EXHIBIT LIST as to defendant Dante D. Williams from hearing held on 7/17/2020 regarding Minutes, Filing 242 Evidentiary Hearing.(JAB) (Entered: 07/17/2020) |
| 07/17/2020 | 247 | TRANSCRIPT (UNREDACTED) of proceedings before Magistrate Judge Cheryl R. Zwart held on July 17, 2020, as to defendant Dante D. Williams. Total Number of Billable Pages: 37. Total Number of Pages: 37. In accordance with the transcript redaction procedure, available at http://www.ned.uscourts.gov/internetDocs/pom/tran_redaction_procedure.pdf, the transcript may be viewed at the court's public terminal or purchased through Transcriber Lisa Grimminger at (402)437−1908 before the expiration of the Release of Transcript Restriction deadline. The parties have 7 calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Redaction Request due 8/7/2020. Redacted Transcript Deadline set for 8/17/2020. Release of Transcript Restriction set for 10/15/2020. (LGG) (Entered: 07/17/2020) |
| 07/17/2020 | | Remark − Public: regarding Transcript − Unredacted 247 as to defendant Dante D. Williams. Copy of transcript mailed to defendant and e−mailed to Saline County Law Enforcement Center for delivery to defendant on 7/20/2020. (JAB) (Entered: 07/20/2020) |
| 07/21/2020 | 248 | PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE − Warrant Issued as to defendant William Boothe, III. (Filed under seal on 7/21/2020, unsealed on 7/24/2020 pursuant to notification of arrest.) Ordered by Magistrate Judge Cheryl R. Zwart. (E−mailed to USM along with warrant; petition only to USA)(LKO) Modified on 7/24/2020 to unseal. (JAB) (Entered: 07/21/2020) |
| 07/24/2020 | 253 | MOTION to Restrict pursuant to the E−Government Act by Attorney Lesley A. Woods as to defendant(s) Dante D. Williams. (Woods, Lesley) (Entered: 07/24/2020) |
| 07/24/2020 | 254 | RESTRICTED DOCUMENT − *Notice of Discovery Provided to Defendant* regarding MOTION to Restrict pursuant to the E−Government Act 253 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Lesley A. Woods as to defendant(s) Dante D. Williams. (Woods, Lesley) (Entered: 07/24/2020) |
| 07/24/2020 | 255 | TEXT ORDER granting 253 Motion to Restrict pursuant to the E−Government Act as to Dante D. Williams (3) Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 07/24/2020) |
| 07/24/2020 | 256 | RESTRICTED ORDER as to defendant William Boothe, III. **Initial Appearance on Pretrial Violation set for 7/27/2020 at 11:00 AM** Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. The defendant will appear by videoconference using Zoom. At the time of the hearing, the defendant must be connected to the videoconference using the connection information contained herein. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (E−mailed to Saline County)(JAB) (Entered: 07/24/2020) |

| 07/24/2020 | 257 | ARREST WARRANT RETURNED EXECUTED as to defendant William Boothe, III. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (JAB) (Entered: 07/24/2020) |
|---|---|---|
| 07/27/2020 | 259 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 7/27/2020 as to defendant William Boothe, III. Initial Appearance on Petition for Action on Conditions of Pretrial Release 248 held by videoconference with consent of the defendant. Defendant has seen a copy of the petition. Rights reviewed. Probable Cause Hearing is waived. Defendant admits the second allegation regarding being untruthful with Pretrial Services. Government's oral motion for detention is granted. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Appearance for Plaintiff: Lesley Woods; For Defendant: James K. McGough, CJA; For Pretrial Services: Megan Davis. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Time Start: 11:01 AM; Time Stop: 11:10 AM; Time in Court: 9 Minutes. (JAB) (Entered: 07/27/2020) |
| 07/27/2020 | 260 | ◄◊ AUDIO FILE. Audio as to Defendant (5) William Boothe III. Court Date & Time [ 7/27/2020 11:01:41 AM ]. File Size [ 1831 KB ]. Run Time [ 00:07:38 ]. (IA on Pretrial Release violation). (auto−docket). (Entered: 07/27/2020) |
| 07/27/2020 | 261 | ORDER of Detention pending trial as to defendant William Boothe, III. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 07/27/2020) |
| 07/27/2020 | 262 | MOTION for Relief From Prejudicial Joinder by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 263 | BRIEF in support of MOTION for Relief From Prejudicial Joinder 262 by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 264 | MOTION to Sever by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 265 | BRIEF in support of MOTION to Sever 264 by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 266 | MOTION to Restrict pursuant to the E−Government Act by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 267 | RESTRICTED DOCUMENT regarding MOTION to Restrict pursuant to the E−Government Act 266 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Attachments: # 1 Exhibit 1)(Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 268 | MOTION to Suppress *Evidence (Chevy Impala)* by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 269 | BRIEF in support of MOTION to Suppress *Evidence (Chevy Impala)* 268 by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 270 | MOTION to Restrict pursuant to the E−Government Act by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 271 | RESTRICTED DOCUMENT regarding MOTION to Restrict pursuant to the E−Government Act 270 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY |

| | | |
|---|---|---|
| | | ACCESS THIS DOCUMENT. − by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson. (Attachments: # 1 Exhibit Search Warrant, # 2 Exhibit Affidavit, # 3 Exhibit Return/Inventory)(Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 272 | MOTION to Suppress *Evidence (Texas Warrant); Request for Franks Hearing* by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 273 | BRIEF in support of MOTION to Suppress *Evidence (Texas Warrant); Request for Franks Hearing* 272 by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 274 | MOTION to Restrict pursuant to the E−Government Act by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 275 | RESTRICTED DOCUMENT regarding MOTION to Restrict pursuant to the E−Government Act 274 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Attachments: # 1 Exhibit Search Warrant, # 2 Exhibit Affidavit, # 3 Exhibit Return and Inventory, # 4 Exhibit Police Report re Damon Williams)(Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 276 | MOTION to Suppress *Evidence (1529 N 25th ST)* by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 277 | BRIEF in support of MOTION to Suppress *Evidence (1529 N 25th ST)* 276 by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 278 | MOTION to Restrict pursuant to the E−Government Act by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 279 | RESTRICTED DOCUMENT regarding MOTION to Restrict pursuant to the E−Government Act 278 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Attachments: # 1 Exhibit Search Warrant, # 2 Exhibit Affidavit, # 3 Exhibit Return and Inventory, # 4 Exhibit Summary of KH Interview, # 5 Exhibit KH Interview, # 6 Exhibit Cronin Report)(Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 280 | MOTION to Suppress *Evidence (Carpenter vs United States)* by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Entered: 07/27/2020) |
| 07/27/2020 | 281 | BRIEF in support of MOTION to Suppress *Evidence (Carpenter vs United States)* 280 by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |
| 07/27/2020 | 282 | MOTION to Restrict pursuant to the E−Government Act by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 07/27/2020) |

| | | |
|---|---|---|
| 07/27/2020 | <u>283</u> | RESTRICTED DOCUMENT regarding MOTION to Restrict pursuant to the E−Government Act <u>282</u> ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Attachments: # <u>1</u> Exhibit Order, # <u>2</u> Exhibit Application and Affidavit)(Tasset, Michael) (Entered: 07/27/2020) |
| 07/28/2020 | 284 | TEXT ORDER granting <u>266</u> Motion to Restrict pursuant to the E−Government Act as to Tawhyne M. Patterson Sr. (1); granting <u>270</u> Motion to Restrict pursuant to the E−Government Act as to Tawhyne M. Patterson Sr. (1); granting <u>274</u> Motion to Restrict pursuant to the E−Government Act as to Tawhyne M. Patterson Sr. (1); granting <u>278</u> Motion to Restrict pursuant to the E−Government Act as to Tawhyne M. Patterson Sr. (1); granting <u>282</u> Motion to Restrict pursuant to the E−Government Act as to Tawhyne M. Patterson Sr. (1). Ordered by Chief Judge John M. Gerrard. (DCD) (Entered: 07/28/2020) |
| 07/29/2020 | <u>285</u> | OBJECTION TO MAGISTRATE JUDGE ORDER to District Judge regarding Order of Detention <u>261</u> by Attorney James K. McGough as to defendant(s) William Boothe, III. by Attorney James K. McGough as to defendant(s) William Boothe, III. (McGough, James) Modified on 7/31/2020 to correct event type. (JAB) (Entered: 07/29/2020) |
| 07/31/2020 | <u>286</u> | REQUEST FOR TRANSCRIPT regarding Minutes, Filing 259 Order on Petition regarding Conditions of Pretrial Release,,,, Initial Appearance − Pretrial Violation,,,, Detention Hearing,,, before Magistrate Judge Cheryl R. Zwart ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. by Attorney James K. McGough as to defendant(s) William Boothe, III. (McGough, James) (Entered: 07/31/2020) |
| 07/31/2020 | <u>287</u> | LETTER BY CLERK that a transcript request was sent to Julie A. Pell for transcription regarding Petition for Action on Conditions of Pretrial Release, 259 . Transcript ordered by James K. McGough as to defendant William Boothe, III. NOTICE TO COURT APPOINTED COUNSEL − If you have not done so already, please send a CJA 24 eVoucher AUTH 24 transcript request to the appropriate judge for authorization. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (TCL) (Entered: 07/31/2020) |
| 07/31/2020 | 288 | TEXT ORDER overruling <u>285</u> Objection to Magistrate Judge Order as to William Boothe III. On its *de novo* review of the record, *see* <u>NECrimR 46.2(c)</u>, the C ourt agrees with the Magistrate Judge's findings and order of detention. The defendant's objection <u>285</u> is overruled. Ordered by Chief Judge John M. Gerrard. (DCD) (Entered: 07/31/2020) |
| 08/03/2020 | <u>289</u> | MOTION to Extend *Deadline to File Responsive Briefs* by Attorney Lesley A. Woods as to defendant(s) Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams. (Woods, Lesley) (Entered: 08/03/2020) |
| 08/04/2020 | <u>290</u> | INTERLOCUTORY APPEAL regarding Order of Detention <u>261</u> by Attorney James K. McGough as to defendant(s) William Boothe, III. (McGough, James) (Entered: 08/04/2020) |
| 08/04/2020 | <u>291</u> | REQUEST FOR TRANSCRIPT regarding Minutes, Filing 231 Order on Petition regarding Conditions of Pretrial Release,,,, Initial Appearance − Pretrial Violation,,,, Detention Hearing,,,, Preliminary Hearing,,, before Magistrate Judge Cheryl R. Zwart ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. |

| | | |
|---|---|---|
| | | by Attorney James K. McGough as to defendant(s) William Boothe, III. (McGough, James) (Entered: 08/04/2020) |
| 08/05/2020 | 292 | COPY OF IFP MEMO prepared by Deputy Clerk and sent to Chief Judge John M. Gerrard regarding Interlocutory Appeal 290 as to defendant William Boothe, III. (LKO) (Entered: 08/05/2020) |
| 08/05/2020 | 293 | ORDER allowing defendant to proceed on appeal in forma pauperis regarding Interlocutory Appeal 290 as to defendant William Boothe, III. Ordered by Chief Judge John M. Gerrard. (LKO) (Entered: 08/05/2020) |
| 08/05/2020 | 294 | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by Clerk to USCA regarding Interlocutory Appeal 290 , Order of Detention 261 , and Order granting IFP 293 . Notice of Appeal filed on 8/4/20 by Defendant William Boothe, III. (LKO) (Entered: 08/05/2020) |
| 08/05/2020 | 295 | **STRICKEN** (see filing 306) UNOPPOSED MOTION to Continue *Date to File Pretrial Motions* by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) Modified on 8/5/2020 (Zwart, Cheryl). (Entered: 08/05/2020) |
| 08/05/2020 | 296 | **STRICKEN** (see filing 306) MOTION to Sever by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) Modified on 8/5/2020 (Zwart, Cheryl). (Entered: 08/05/2020) |
| 08/05/2020 | 297 | BRIEF in support of MOTION to Sever 296 by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) (Entered: 08/05/2020) |
| 08/05/2020 | 298 | MOTION to Strike UNOPPOSED MOTION to Continue *Date to File Pretrial Motions* 295 , MOTION to Sever 296 by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) (Entered: 08/05/2020) |
| 08/05/2020 | 299 | UNOPPOSED MOTION to Continue */File Pretrial Motions Out of Time* by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) (Entered: 08/05/2020) |
| 08/05/2020 | 300 | MOTION to Sever by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) (Entered: 08/05/2020) |
| 08/05/2020 | 301 | BRIEF in support of MOTION to Sever 300 by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) (Entered: 08/05/2020) |
| 08/05/2020 | 302 | MOTION Relief from Prejudicial Joinder by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) (Entered: 08/05/2020) |
| 08/05/2020 | 303 | BRIEF in support of MOTION Relief from Prejudicial Joinder 302 by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) (Entered: 08/05/2020) |
| 08/05/2020 | 304 | MOTION to Suppress *Electronic Data* by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) (Entered: 08/05/2020) |
| 08/05/2020 | 305 | MOTION to Suppress *and Join Previously Filed Motions* by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) (Entered: 08/05/2020) |
| 08/05/2020 | 306 | TEXT ORDER: granting 298 Motion to Strike. Defendant Damon Williams' motion to continue 295 and motion to sever 296 are stricken. Defendant Damon Williams' motion for leave to file pretrial motions out of time, 299 , is granted, and his pretrial motions, 300 , 302 , 304 , and 305 are deemed timely filed. Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 08/05/2020) |
| 08/05/2020 | 307 | Letter by Clerk of USCA − 8th Circuit (20−2635) regarding Interlocutory Appeal 290 as to defendant William Boothe, III. (LKO) (Entered: 08/05/2020) |
| 08/05/2020 | 308 | Order from USCA − 8th Circuit (20−2635) Attorney Jim K. McGough is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly as to defendant William Boothe, III. (LKO) (Entered: 08/05/2020) |

| | | |
|---|---|---|
| 08/05/2020 | 309 | FINDINGS AND RECOMMENDATION to the Honorable John M. Gerrard, Chief United States District Judge, pursuant to 28 U.S.C. § 636(b), that the motions to suppress filed by the Defendants Tawhyne M. Patterson, Sr. and Damon D. Williams, (Filing No. 280 ) and (Filing No. 304 ) be denied in their entirety. The defendants are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) Modified on 8/5/2020 to reflect copy mailed to pro se party on 8/6/2020. (JAB) (Entered: 08/05/2020) |
| 08/05/2020 | 310 | FINDINGS AND RECOMMENDATION to the Honorable John M. Gerrard, Chief United States District Judge, pursuant to 28 U.S.C. § 636(b), that the motion to suppress filed by defendant Dante Williams (Filing No. 195 ) be denied in its entirety, and that portion of the motion to suppress filed by defendant Damon Williams (Filing No. 305 ) that requests the same relief as Dante Williams' motion at (Filing No. 195 ) should also be denied. Dante Williams and Damon Williams are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation. Ordered by Magistrate Judge Cheryl R. Zwart. (Copy mailed to pro se party on 8/6/2020)(JAB) (Entered: 08/05/2020) |
| 08/06/2020 | 311 | LETTER BY CLERK that a transcript request was sent to Lisa Grimminger for transcription regarding Petition regarding Initial Appearance − Pretrial Violation 231 . Transcript ordered by Attorney James K. McGough as to defendant William Boothe, III. NOTICE TO COURT APPOINTED COUNSEL − If you have not done so already, please send a CJA 24 eVoucher AUTH 24 transcript request to the appropriate judge for authorization. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (TCL) (Entered: 08/06/2020) |
| 08/06/2020 | 312 | FINDINGS AND RECOMMENDATION that MOTION to Suppress *Evidence (1529 N 25th ST)* 276 to the Honorable John M. Gerrard, Chief United States District Judge, pursuant to 28 U.S.C. § 636(b), that the motion to suppress filed by Defendant Patterson, (Filing No. 276 ), and that portion of Defendant Damon Williams' motion to suppress (Filing No. 305 ) which incorporates Filing No. 276 , be denied in their entirety. The defendants are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation. Ordered by Magistrate Judge Cheryl R. Zwart. (Copy mailed to pro se party)(JAB) (Entered: 08/06/2020) |
| 08/06/2020 | 313 | ORDER as to defendants Tawhyne M. Patterson Sr. (1), Damon D. Williams (2), and Dante D. Williams (3). 1) A hearing will be held on the motions to suppress evidence obtained from the search of 1510 White Avenue, Killeen, Texas. (Filing No. 272 ; Filing No. 305 ). 2) The government's motion to extend the deadline to respond the defendants' motions, (Filing No. 289 ), is granted as follows: a. The government's response on the motions to sever (Filing Nos. 191 , 264 , and 300 ), motions for relief from prejudicial joinder (Filing Nos. 262 and 302 ), motion for independent testing, (Filing No. 180 ), and motion for disclosure of confidential informants, (Filing No. 186 ) shall be filed on or before September 8, 2020. b. The government's response to the motions to suppress evidence obtained during the search of the Texas residence and the red Chevy Impala, (Filing Nos. 268 and 272 , and the correlating portions of Filing 305 ) shall be filed by September 8, 2020, or three days prior to the scheduled hearing on those motions, whichever is earlier. Ordered by Magistrate Judge Cheryl R. Zwart. (Copy mailed to pro se party)(JAB) (Entered: 08/06/2020) |
| 08/10/2020 | 314 | ORDER SETTING HEARING regarding MOTIONS to Suppress *Evidence (Texas Warrant)* 272 and 305 as to defendants Tawhyne M. Patterson, Sr. and Damon D. Williams. **Motion Hearing set for 9/1/2020 at 01:30 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. One and one half hours have been set aside for this hearing. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 08/10/2020) |

| 08/11/2020 | 315 | TRANSCRIPT (UNREDACTED) of Initial Appearance on Petition for Action on Conditions of Pretrial Release proceedings before Magistrate Judge Cheryl R. Zwart held on 7/27/2020 as to defendant(s) William Boothe, III. Total Number of Billable Pages: 8. Total Number of Pages: 9. In accordance with the transcript redaction procedure, available at<br><br>http://www.ned.uscourts.gov/internetDocs/pom/tran_redaction_procedure.pdf,<br><br>the transcript may be viewed at the courts public terminal or purchased through Transcriber Julie A. Pell at (402) 476−7160 or julie@pellreporting.com before the expiration of the Release of Transcript Restriction deadline. The parties have 7 calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Redaction Request due 9/1/2020. Redacted Transcript Deadline set for 9/11/2020. Release of Transcript Restriction set for 11/9/2020. (Pell, Julie) (Entered: 08/11/2020) |
| 08/11/2020 | 316 | TRANSCRIPT (UNREDACTED) of proceedings before Magistrate Judge Cheryl R. Zwart held on July 9, 2020, as to defendant William Boothe, III. Total Number of Billable Pages: 56. Total Number of Pages: 56. In accordance with the transcript redaction procedure, available at<br><br>http://www.ned.uscourts.gov/internetDocs/pom/tran_redaction_procedure.pdf,<br><br>the transcript may be viewed at the court's public terminal or purchased through Transcriber Lisa Grimminger at (402) 437−1908 before the expiration of the Release of Transcript Restriction deadline. The parties have 7 calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Redaction Request due 9/1/2020. Redacted Transcript Deadline set for 9/11/2020. Release of Transcript Restriction set for 11/9/2020. (LGG) (Entered: 08/11/2020) |
| 08/18/2020 | 317 | Order from USCA − 8th Circuit (20−2635) Appellee's request for an extension of time to respond to the statement of the case is granted up to, and including, August 25, 2020 as to defendant William Boothe, III. (LKO) (Entered: 08/18/2020) |
| 08/18/2020 | 318 | MOTION to Restrict pursuant to the E−Government Act by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 08/18/2020) |
| 08/18/2020 | 319 | RESTRICTED MOTION regarding MOTION to Restrict pursuant to the E−Government Act 318 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 08/18/2020) |
| 08/18/2020 | 320 | TEXT ORDER granting 318 Motion to Restrict pursuant to the E−Government Act as to Tawhyne M. Patterson Sr. Ordered by Chief Judge John M. Gerrard. (DCD) (Entered: 08/18/2020) |
| 08/18/2020 | 321 | TEXT ORDER granting 319 Restricted Motion as to Tawhyne M. Patterson Sr. Defendant Patterson may object to the Magistrate Judge's Findings and Recommendations 309 or 312 on or before August 31, 2020. Ordered by Chief Judge John M. Gerrard. (DCD) (Entered: 08/18/2020) |

| | | |
|---|---|---|
| 08/25/2020 | 322 | SUPPLEMENT TO USCA RECORD (case number 20−2635) (Woods, Lesley) (Entered: 08/25/2020) |
| 08/25/2020 | 323 | Transmittal Letter to USCA − 8th Circuit (20−2635) including original Exhibit #2 the DVD of traffic stop on 6/24/2020, from Filing No. 233 from hearing held on 7/9/20 as to defendant William Boothe, III. (LKO) (Entered: 08/25/2020) |
| 08/25/2020 | 324 | TEXT ORDER SETTING MOTION HEARING regarding MOTION to Suppress *Evidence (Chevy Impala)* 268 as to defendant Tawhyne M. Patterson, Sr. The hearing on Motion to Suppress Evidence (Chevy Impala), filing 268 will also be taken up on **9/1/2020 at 01:30 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 08/25/2020) |
| 08/27/2020 | 325 | BRIEF in opposition to MOTION to Sever 264 , MOTION to Sever 191 , MOTION to Sever 300 by Attorney Lesley A. Woods as to defendant(s) Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams. (Woods, Lesley) (Entered: 08/27/2020) |
| 08/28/2020 | 326 | MOTION to Restrict pursuant to the E−Government Act by Attorney Lesley A. Woods as to defendant(s) Tawhyne M. Patterson, Sr., Damon D. Williams. (Woods, Lesley) (Entered: 08/28/2020) |
| 08/28/2020 | 327 | RESTRICTED DOCUMENT − *Government's Brief* regarding MOTION to Suppress *and Join Previously Filed Motions* 305 , MOTION to Restrict pursuant to the E−Government Act 326 , MOTION to Suppress *Evidence (Chevy Impala)* 268 , MOTION to Suppress *Evidence (Texas Warrant); Request for Franks Hearing* 272 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Lesley A. Woods as to defendant(s) Tawhyne M. Patterson, Sr., Damon D. Williams. (Woods, Lesley) (Entered: 08/28/2020) |
| 08/28/2020 | 328 | TEXT ORDER granting 326 Motion to Restrict pursuant to the E−Government Act as to Tawhyne M. Patterson Sr. (1), Damon D. Williams (2) Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 08/28/2020) |
| 08/28/2020 | 329 | RESTRICTED DOCUMENT *Index of Evidentiary Material* regarding MOTION to Restrict pursuant to the E−Government Act 326 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Lesley A. Woods as to defendant(s) Tawhyne M. Patterson, Sr., Damon D. Williams. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19, # 19 Exhibit 20, # 20 Exhibit 21, # 21 Exhibit 22, # 22 Exhibit 23, |

| | | |
|---|---|---|
| | | # 23 Exhibit 24,<br># 24 Exhibit 25)(Woods, Lesley) (Entered: 08/28/2020) |
| 08/28/2020 | | RESTRICTED ATTACHMENT − 1 DVD labeled as [AT329] MAINTAINED IN CLERK'S OFFICE VAULT as to defendants Tawhyne M. Patterson, Sr. and Damon D. Williams regarding Restricted Index 329 by Attorney Lesley A. Woods. (JAB) (Entered: 09/01/2020) |
| 08/31/2020 | 330 | MOTION to Enlarge Time to File Objections by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 08/31/2020) |
| 08/31/2020 | 331 | TEXT ORDER granting 330 Motion to Enlarge Time to File Objections as to Tawhyne M. Patterson Sr. Defendant Patterson may objection to the Magistrate Judge's Findings and Recommendations 309 and 312 on or before September 3, 2020. Ordered by Chief Judge John M. Gerrard. (DCD) (Entered: 08/31/2020) |
| 09/01/2020 | 332 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 9/1/2020 as to defendants Tawhyne M. Patterson, Sr. and Damon D. Williams. Hearing held on Defendants' motions to suppress 268 , 272 and 305 . Opening statements waived. Defendants oral motion to sequester witnesses is granted. Evidence by government. Court takes judicial notice of and receives all exhibits attached to filings 329 and 275 without objection. Short argument by all parties. Matter taken under advisement. Transcript of hearing to be prepared. Appearance for Plaintiff: Lesley A. Woods; for Defendant Patterson: Michael J. Tasset, CJA; for Defendant Williams: Korey L. Reiman, CJA; Courtroom Deputy: Jeri Bierbower; Court Reporter: digital. Time Start: 1:37 PM; Time Stop: 3:35 PM; Time in Court: 1 Hour 58 Minutes. (JAB) (Entered: 09/01/2020) |
| 09/01/2020 | 333 | 🔊 AUDIO FILE (27.4 MB) as to defendants Tawhyne M. Patterson, Sr. and Damon D. Williams regarding Suppression Hearing 332 held on 9/1/2020 at 1:37 PM before Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/01/2020) |
| 09/01/2020 | 334 | WITNESS LIST as to defendants Tawhyne M. Patterson, Sr. and Damon D. Williams from hearing held on 9/1/2020 regarding Minutes, Filing 332 Suppression Hearing. (JAB) (Entered: 09/01/2020) |
| 09/02/2020 | 335 | LETTER BY CLERK that a transcript request was sent to Al Kuhlman for transcription regarding Motion to Suppress Hearing 332 . Transcript ordered by Magistrate Judge Cheryl R. Zwart as to defendants Tawhyne M. Patterson, Sr., Damon D. Williams. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (ADB) (Entered: 09/02/2020) |
| 09/03/2020 | 336 | RESPONSE regarding MOTION Independent Testing 180 , Brief 181 by Attorney Lesley A. Woods as to defendant(s) Dante D. Williams. (Woods, Lesley) (Entered: 09/03/2020) |
| 09/03/2020 | 337 | OBJECTION to Findings and Recommendation,, 312 by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 09/03/2020) |
| 09/03/2020 | 338 | BRIEF in support of OBJECTION to Findings and Recommendation,, 312 337 by Attorney Michael J. Tasset as to defendant(s) Tawhyne M. Patterson, Sr.. (Tasset, Michael) (Entered: 09/03/2020) |
| 09/03/2020 | 339 | OBJECTION to Findings and Recommendation,, 309 by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) (Entered: 09/03/2020) |
| 09/03/2020 | 340 | UNOPPOSED MOTION to Continue *File Objection Out of Time* by Attorney Korey L. Reiman as to defendant(s) Damon D. Williams. (Reiman, Korey) (Entered: 09/03/2020) |
| 09/03/2020 | 341 | TEXT ORDER granting 340 Motion to to File Objection Out of Time as to Damon D. Williams. Ordered by Chief Judge John M. Gerrard. (DCD) (Entered: 09/03/2020) |
| 09/08/2020 | 342 | MOTION for Change of Detention Location as to defendant Dante D. Williams. (LKO) (Entered: 09/08/2020) |

| 09/08/2020 | 343 | UNOPPOSED MOTION to Extend *Deadline to File Responsive Briefs* by Attorney Lesley A. Woods as to defendant(s) Tawhyne M. Patterson, Sr., Damon D. Williams, Dante D. Williams. (Woods, Lesley) (Entered: 09/08/2020) |
|---|---|---|
| 09/08/2020 | 344 | TEXT ORDER granting 343 Motion to Extend. The government's motion to respond to the motions for relief from prejudicial joinder, 262 and 302 , shall be filed on or before September 11, 2020. Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 09/08/2020) |
| 09/08/2020 | 345 | MOTION to Restrict pursuant to the E−Government Act by Attorney Lesley A. Woods as to defendant(s) Dante D. Williams. (Woods, Lesley) (Entered: 09/08/2020) |
| 09/08/2020 | 346 | RESTRICTED DOCUMENT *Brief in Response to Motion to Disclose Confidential Informants* regarding MOTION to Restrict pursuant to the E−Government Act 345 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Lesley A. Woods as to defendant(s) Dante D. Williams. (Woods, Lesley) (Entered: 09/08/2020) |
| 09/08/2020 | 347 | RESTRICTED DOCUMENT *Index of Evidentiary Material* regarding MOTION to Restrict pursuant to the E−Government Act 345 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. − by Attorney Lesley A. Woods as to defendant(s) Dante D. Williams. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19)(Woods, Lesley) (Entered: 09/08/2020) |
| 09/08/2020 | 348 | TEXT ORDER granting 345 Motion to Restrict pursuant to the E−Government Act as to Dante D. Williams (3) Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 09/08/2020) |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | **SEALED** |
| v. | ) | Case No. |
| | ) | 4:18MJ3182 |
| TAWHYNE M. PATTERSON, SR., DAMON D. WILLIAMS and DANTE D. WILLIAMS | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___JULY 31, 2018___ in the county of ___LANCASTER___ in the

___ District of ___NEBRASKA___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(j) | COMMISSION OF MURDER WITH A FIREARM DURING A CRIME OF VIOLENCE |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Brandon Day, FBI

☑ Continued on the attached sheet.

_____
*Complainant's signature*

BRANDON DAY, SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Dec 27, 2018**

_____
*Judge's signature*

City and state:      LINCOLN, NEBRASKA          CHERYL R. ZWART, U.S. MAGISTRATE JUDGE
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,
                    Plaintiff,

                    Vs.                                    Case No. 4:18MJ3182

                                                           **Filed Under Seal**

TAWHYNE M. PATTERSON, DOB 02/06/1993
DAMON WILLIAMS, DOB 09/02/1991
DANTE WILLIAMS, DOB 05/08/1993
                    Defendants.

---

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brandon Day, being first duly sworn, hereby depose and state as follows:

1.      On July 31, 2018, in the District of Nebraska, Tawhyne M. Patterson, Damon Williams, and Dante Williams, defendants, herein, did attempt to interfere with commerce by robbery through threat of force and actual force and intimidation, in violation of Title 18, United States Code, Section 1951, and that during the course of the robbery, one of the armed robbers discharged a firearm into a female civilian, resulting in her death and the commission of murder, as that term is defined under Title 18, United States Code, Section 1111, and in violation of Title 18, United States Code, Section 924(j).

2.      I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I have been a Special Agent of the Federal Bureau of Investigation (FBI) since March 2016. Prior to that, I was a Special Agent with the Drug Enforcement

Administration (DEA) in St. Louis, Missouri, assigned to a violent crime and drug trafficking

task force, and a police officer with the Lincoln Police Department in Lincoln, Nebraska.  I have

participated in numerous and varied criminal investigations, including robbery and drug

trafficking investigations.

3.      The information contained within this affidavit is based upon my training and

experience, my personal knowledge of the investigation conducted in this matter, and

information provided by other agents and law enforcement officials who have assisted in this

investigation and their own investigation.  This affidavit is intended to provide probable cause

and does not purport to set forth all of the information that I have acquired during the course of

this investigation. This is an ongoing investigation.

**PROBABLE CAUSE**

4.      On July 31, 2018, three armed and masked individuals made forcible entry into

the shared residence of JB and MJR.  Investigators with the Lincoln Police Department

(hereinafter "LPD") would later identity them as Tawhyne M. Patterson, Damon Williams, and

Dante Williams.  Patterson and Damon Williams are previously convicted felons.

5.      MJR had video surveillance recording the exterior of the residence and the inside

of the attached garage. LPD crime scene technicians recovered the hard drive that was connected

to the array of cameras.  A review of the video contained on that DVR from the victim's home

revealed surveillance footage of the subjects on the night of the robbery and murder, July 31,

2018, and of the prior night, July 30, 2018.

6.      On, July 30, 2018, four individuals are captured on video at Robertson's residence

engaging in what appears to be "casing" behaviors.  On both nights, shortly before the actors

2

appear on video, a vehicle is seen driving slowly past the residence on both nights.  This vehicle
appears to be similar to Patterson's personal vehicle.  On the first night of the video recording,
July 30, 2018, four individuals enter a side gate to the backyard and one tries to open a side door
to the residence, but it appears from the video that the side door was locked.  They all walk along
the outside of the home.  One appears to be in possession of a firearm, and another is carrying a
baseball bat.  Three of the four individuals' faces are visible at some point during the video, and
an exterior light at the residence makes their faces appear clearly on the video. The cameras
record in the infrared spectrum, affording their faces to appear in the video during darkness.
Distinctive clothing is worn by three of the suspects. The four individuals walked around the
outside of the home for a short amount of time and then left.  At the end of the video, the victim
who was murdered the following night, JB, comes out of the residence several moments after
they leave.  JB walked around the perimeter of her property in a manner that suggested she saw
the individuals trying to get inside her door and went outside to see if they left the area.

7.     Surveillance video from July 31, 2018, at approximately 3:24 a.m., shows a sedan
drive past the residence twice.  The vehicle appears to be the same vehicle captured driving by
the victims' residence multiple times the night before. Approximately eleven minutes later,
several individuals are seen walking up to the house. The three suspects shown in the footage
from this date appear to be the same individuals as three of the four intruders from July 30, 2018,
based upon their stature, physical appearance, and clothing, and one of the robbers, Dante
Williams, did not wear a face covering at all on this night and stood directly under a video
camera on the front porch.

8.     The suspects did not approach using the sidewalk, but instead the three individuals walked alongside the front of the house near the walls of the home. One individual, Dante Williams, walked at the front of the line and was wearing a stocking hat with nothing covering his face, carrying a duffle bag and wearing distinctive pants with a visible print pattern. A third individual at the rear also carried a duffle bag, and an individual in between them had a small backpack on his back.

9.     Dante Williams approached the front door first and opened the exterior door.  A second individual standing behind him (the one wearing the backpack with his face partially covered) approached the front door, turned away from it, and then placed several back kicks into the bottom center of the interior front door.  Once the second individual got the door fully open, all three rushed into the home together, yelling, "LPD! LPD! LPD!," according to victims in the home who were later interviewed by investigators.  Seconds later, eight gunshots are heard being fired in the video in rapid succession. A neighbor's security system captured the aforementioned audio because MJR's surveillance system was set to record only video.

10.     The audio is silent for a few minutes, as the neighbor's security system audio only captures the outside of the residence.  Five more shots are heard, and the video shows the three home invaders burst out of the front door, fleeing the residence.  The same individual that went in with a backpack on his shoulders came out carrying the backpack in one hand and tripped and fell on the porch.  The individual without his face covered upon entry emerged right after him. The third individual to leave the home was holding what appears to be a black firearm in his right hand and in plain view of the video camera on the front porch.

4

11.     One of the robbers dropped the black backpack fleeing across the front yard, and the robber with the gun hurried to recover the backpack and then turned and fired two more shots at the residence on video.

12.     Before the arrival of police, surveillance video in the garage showed MJR moving a duffle bag around the garage in a manner that indicated MJR was trying to hide it before police arrived on scene to respond to the emergency call.  MJR left the garage and came back a few moments later with a large cooler that MJR tried to stow away on the side of the garage.  On the video, a short time later, MJR retrieved the cooler and the duffle bag from the hiding places MJR previously chose for them, and then MJR carried them both to his back yard.  From what can be seen in the video, it appears MJR concealed them both in an outbuilding.  Investigators with LPD later recovered $85,000 and approximately ten pounds of marijuana in the search of the residence.

13.     In addition to MJR and the deceased victim JB, there were four females sixteen years of age and younger, and a 61-year-old female, MJR's mother, inside the residence during the home invasion robbery.  Several individuals on the main floor were bound by the suspects with zip ties and duct tape.

14.     JB sustained a single gunshot wound during the home invasion and despite lifesaving efforts by responding officers, JB was pronounced dead at Bryan Medical Center West in Lincoln, Nebraska at 4:58 a.m. A subsequent autopsy determined the cause of death to be a gunshot wound.

5

15.     In the subsequent investigation into the crime scene, investigators recovered the previously mentioned multiple pounds of marijuana, over $85,000 cash, and marijuana edibles from MJR's residence.  MJR has since been charged with possession with intent to deliver marijuana and possession of money in violation of Nebraska's controlled substance laws.  MJR proffered in that state case that MJR believes the motive for the robbery was MJR's stash of drugs and cash.  Because JB was shot in the stairwell between the intruders and her basement bedroom with MJR, the intruders appear to have fled after JB was severely wounded and without forcing their way into MJR's bedroom, where MJR had barricaded himself inside.

16.     On August 2, 2018, LPD conducted a press release.  This release contained a portion of the video associated with the murder and also the still photos captured from the video. Tip line contact information was shared with all local media outlets. This led to multiple witnesses in the community coming forward to identify the robbers in the video and to other valuable information and leads.

17.     A cooperating witness identified Damon Williams, known to the witness as "Damo" and Patterson from still photos taken from the video. This witness also relayed that Patterson stated that he was in the area that night because he heard there was a lot of cash at the victim's residence but that he did not himself participate.  This same witness stated that Damon Williams and Patterson are roommates, and that Damon Williams' brother, Dante Williams, visited them from Omaha, starting on July 30, 2018.

18.     On August 11, 2018, a Nebraska state search warrant was executed by members of LPD's Criminal Investigations Unit at 1529 North 25 Street, Lincoln, Nebraska, the shared residence of Patterson and Damon Williams.  In the course of the service of the search warrant,

6

Investigators recovered duct tape that was balled up in various parts of the residence. Investigators also recovered three pairs of winter-type gloves discarded together in a trash can outside of the residence. The gloves are notable as it was early August with associated high temperatures in Nebraska and because they were discarded together. The suspects in the video footage all wore gloves. A subsequent submission to the Nebraska State Laboratory revealed Damon Williams DNA on the outside of one of the pairs of gloves.

19.     On August 14, 2018, an LPD investigator acquired a cell phone number for Dante Williams. The phone number for Dante Williams was run against the cell phone tower data that had been previously acquired by LPD's Criminal Investigations Unit and the data shows the phone number in the same sector and tower that services JB's residence on July 31, 2018 at 0320 hours. The same cell number was also connected to the Verizon Tower that services 1529 North 25th in Lincoln, Nebraska, the aforementioned address of Dante Williams' brother Damon Williams and Tawhyne Patterson, both minutes before the attempted robbery and within several minutes after the robbery and murder.

20.     On August 14, 2018, LPD Investigators met with three confidential informants. The first informant has known Damon Williams and Dante Williams most of their lives. The informant stated that Damon and Dante are brothers. The informant was shown the previously mentioned press release photos taken from the video surveillance and identified two of the suspects in the photos as Dante Williams and Damon Williams.

21.     The second informant, a paid informant, was interviewed and indicated that they have known Dante Williams for approximately 8 years. The informant reported that they had viewed the local news coverage of the press release and recognized Dante Williams from the

7

photos that were released.  The LPD investigator showed the press release fliers of the suspects

and the informant identified one of the suspects as Dante Williams.  The informant was also

shown the Nebraska Operators License photo associated with Dante Williams and confirmed that

the person the informant was referring to was Dante Williams. The informant also indicated that

they have seen Dante Williams wearing the pants depicted in the footage previously and that

they have red highlights.  The informant told the LPD investigator they had confronted Dante

Williams about the photos, and Dante Williams admitted that he was the person depicted in the

press release.  The informant indicated that since the time of the press release Dante Williams

had shaved his head and facial hair.  The informant provided current photos of Dante Williams

groomed in that manner as well as an accompanying book in photo from a previous Omaha

related weapons arrest that depicts Dante Williams with his distinct beard pattern, which has bald

patches near the corners of his mouth, which is like one of the suspects in the video from the

residence at 1950 Fairfield, Lincoln, Nebraska.  This informant has proven reliable in past

investigations.

22.     The third informant, a paid informant, was interviewed and indicated that they

have known Dante Williams since he was a teenager.  The informant reported that they had

viewed the news coverage of the press release and recognized Dante Williams from the photos

that were released.  The LPD investigator showed the press release fliers of the suspects to this

informant and the informant identified one of the suspects as Dante Williams.  The informant

was also shown the Nebraska Operators License photo associated with Dante Williams and

confirmed that was the person the informant was referring to as Dante Williams. This informant,

and the informants referenced in paragraphs 21 and 22, all identified the same suspect as Dante

Williams. The informant stated they had confronted Dante Williams and he admitted that he was

8

the person depicted in the press release. The informant asked Dante Williams whether it was he who had shot JB, and Dante Williams responded that he didn't even have a gun at the time. Dante Williams told the informant that there was information from the people involved that there was supposed to be $250,000 in a safe inside of the residence. According to this informant, Dante Williams said the robbery "went south" after they encountered all of the people inside of the house. The informant also recognized the pants that the suspect is wearing in the press release and also pointed out the "Chuck Taylor" type shoes. The informant provided photographs of Dante Williams that were reviewed by the LPD Investigator, and Dante Williams is wearing similar "Chuck Taylor" shoes in the photos that had been taken in days recent to the informant interview.

23. On August 17, 2018, LPD investigators, with the assistance of Texas law enforcement officials, located and arrested Tawhyne M. Patterson and Damon Williams in Killeen, Texas on State of Nebraska first degree murder charges. Patterson and Williams were both travelling in the same motor vehicle at the time of their arrest. A subsequent State of Texas search warrant was conducted at a residence where Damon Williams, Patterson, and KJ (Patterson's significant other) had been observed by law enforcement officials. During the search a duffle bag was located that one of the residents stated belonged to Damon Williams. Inside the bag investigators located a black Nebraska sweatshirt with an "N" logo on the front and a HUSKERS logo on one sleeve. This sweatshirt is a visual match for the one Damon Williams was seen wearing on surveillance video from the victim's residence. The investigation into Patterson revealed that Patterson and KJ abandoned their lives in Nebraska and fled south shortly after the murder.

9

24.     On August 17, 2018, LPD investigators, with the assistance of the Omaha Police Department, arrested Dante Williams in Omaha, Nebraska. Williams was arrested wearing the aforementioned Converse "Chuck Taylor" type shoes and distinctive print pants both that are a visual match in several respects for a unique print and brand of sweatpants and shoes that he wore to the home invasion robbery. Investigators collected Dante Williams' DNA at his arrest, upon Williams signing an LPD waiver for the collection of the sample.

25.     During the investigation at the victim's residence a section of duct tape was recovered by LPD investigators that was used to bind one of the victims. The tape was submitted to the Nebraska State Laboratory for analysis. The analysis completed by the laboratory shows a match for Dante Williams DNA on the section of tape.

26.     After Dante Williams was arrested on state felony murder charges, he made the following jail call (investigator synopsis) in relation to everyone's involvement in the offense and the motive for the incident:

> "Female states to Dante 'you know they picked up your brother and the third one, right?'. Dante acknowledges this and says he seen that.  Dante says that everything seems to hit the fan, in reference to the event. Dante states that they all cannot go down for the same charge. Dante appears to have issues with his defense attorney from talking with this female. They then talk about Michael hiding his 'stash'."

27.     A cell phone was located on Patterson's person during his arrest in Killeen, Texas on August 17, 2018.  An LPD technician reviewed Patterson's phone content pursuant to a State of Nebraska search warrant.  The review showed that on July 25, 2018, a search was conducted on the phone on online search engine Google for Cabelas. Store information for Cabelas was subsequently viewed for the LaVista, Nebraska location. A search was then conducted on the

10

Cabelas website for "tactical zip ties" and "zip ties." Zip ties were used to bind the victims

during the robbery and recovered at the scene by LPD investigators.

28.     Tawhyne Patterson owns a red Chevy Impala bearing Nebraska Plate

UIM857. One of the victim witnesses reported to LPD that JB stated that she saw a red or

maroon vehicle fleeing on the night of the initial intrusion on 7-30-18.

## INTERSTATE COMMERCE IMPACT

29.     I am aware that in the Eighth Circuit, that the robbery or attempted robbery of a

single drug dealer is a sufficient interstate commerce impact and nexus to grant federal

jurisdiction over the attempted robbery of MJR and the murder of JB committed by Patterson,

Dante Williams, and Damon Williams, on the night of July 31, 2018.

30.     Specifically, in *United States v. Cox*, 942 F.2d 1281, 1286 (8th Cir. 1991), the

Eighth Circuit held that robbery of currency, three ounces of a controlled substance, and a

firearm from a single drug trafficker's residence, sufficiently violated the Hobbs Act because the

evidence demonstrated the victim drug trafficker was involved in interstate trafficking.  Here,

MJR told investigators that one source of his narcotics is an individual that investigators are

aware resides in Colorado, and investigators have intelligence and cooperating witness

information that MJR also has a source for his marijuana located in Florida.   MJR was returning

from a trip to Florida immediately before the attempted robbery and murder of JB on the night of

July 31, 2018. That portion of the investigation is ongoing.

31.     To further expand on the ruling in *Cox*, in a more recent case of *United States v.*

*McCraney*, 612 F.3d 1057 (8th Cir. 2010), the McCraney Court found that the United States

11

satisfied its burden on interstate commerce impact simply by showing that the victim drug

trafficker's cocaine originated in South America, and that the trafficker intended to sell it in Iowa

and so stealing those drug disrupted the movement of the drugs to Iowa.  Id. at 1065. In reaching

that conclusion, the McCraney Court positively cited a case from the Second Circuit where a

marijuana drug trafficker was the victim of a robbery where the primary property taken was the

stash of currency that the trafficker had in his possession in New York.  See *United States v.

Parkes*, 497 F.3d 220, 231 (2d Cir.2007).  Here, MJR had approximately $85,000 in his

possession from illegal marijuana sales prior to the invasion, and a duffel bag full of his

marijuana was recovered by police.   This is evidence of the motive for the robbery, and MJR has

admitted to police that he is a drug trafficker, in addition to the video evidence of him hiding his

stash while emergency responders were en-route to help JB.


## CONCLUSION AND REQUEST TO SEAL AFFIDAVIT

32.    Based upon the aforementioned information your affiant believes that there is

probable cause to show that Tawhyne M. Patterson, Damon Williams, and Dante Williams have

committed violations of federal law, specifically an attempt to interfere with commerce by

robbery, in violation of Title 18, United States Code, Section 1951, and during the robbery, the

commission of murder as defined in Title 18, United States Code, Section 1111 and in violation

of Title 18, United States Code, Section 924(j).

33.     I also respectfully request that the Court seal this affidavit until further order of the Court, due to the ongoing investigation, as well as to protect the cooperating witnesses who have provided information in this case.


Respectfully submitted,


Brandon Day
Special Agent
Federal Bureau of Investigation


Sworn to before me and signed in my presence.


**Dec 27, 2018**
DATE                                        THE HONORABLE CHERYL R. ZWART
                                            UNITED STATES MAGISTRATE JUDGE

13

# CRIMINAL COVER SHEET

**S E A L E D**

USAO - Rev. 02/18

**PLACE OF OFFENSE:**

CITY: LINCOLN

COUNTY: LANCASTER

**RELATED CASE INFORMATION:**

☐ Superseding Indictment     ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number: 4:18MJ3182

R20/R40 from District of:

Related to:

---

**DEFENDANT INFORMATION:**

NAME: **TAWHYNE M. PATTERSON, SR.**

ALIAS:

ADDRESS: **1510 WHITE AVENUE, KILLEEN, TEXAS**

SSN: **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**     DOB: **02/06/1993**     ☒ MALE    ☐ FEMALE    ☐ ALIEN

---

☒ COMPLAINT     AUSA:     LESLEY A. WOODS

☐ INFORMATION     AGENT:     SA BRANDON DAY

☐ INDICTMENT     AGENCY:     FBI

TRIAL:     ☐ OMAHA    ☒ LINCOLN    ☐ NORTH PLATTE

---

**U.S.C. CITATIONS:**     LEAD COUNT: 18 U.S.C. § 924(j)     COUNT NO.    1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 924(j) | COMMISSION OF MURDER WITH A FIREARM DURING A CRIME OF VIOLENCE | Life / 5 Yrs TSR / $250,000 / $100 SA |
| CT 2: | | |
| CT 3: | | |
| CT 4: | | |
| CT 5: | | |

---

☐ PETTY     ☐ MISDEMEANOR:     ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR         ☐ CLASS B - MOTOR

☒ FELONY     ☐ FORFEITURE     ☐ CLASS C - VEHICLE/INFRACTION

---

**LOCATION STATUS**

☒ WARRANT    ☐ OCDETF     [ ]     ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☒ ALREADY IN STATE CUSTODY IN:     LANCASTER COUNTY JAIL

☐ ON PRETRIAL RELEASE

☐ INTERPRETER NEEDED?     LIST LANGUAGE AND/OR DIALECT:

# CRIMINAL COVER SHEET

**S E A L E D**

CSAO - Rev. 02/18

## PLACE OF OFFENSE:

CITY: LINCOLN

COUNTY: LANCASTER

## RELATED CASE INFORMATION:

☐ Superseding Indictment      ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:    4:18MJ3182

R20/R40 from District of:

Related to:

## DEFENDANT INFORMATION:

**NAME:**    **DAMON D. WILLIAMS**

**ALIAS:**

**ADDRESS:**    **1529 WEST 25TH STREET, LINCOLN, NEBRASKA**

**SSN:**    **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**      **DOB:**    **09/29/1991**      ☒ MALE    ☐ FEMALE    ☐ ALIEN

---

☒ COMPLAINT      AUSA:    LESLEY A. WOODS

☐ INFORMATION     AGENT:    SA BRANDON DAY

☐ INDICTMENT      AGENCY:   FBI

                       TRIAL:    ☐ OMAHA    ☒ LINCOLN    ☐ NORTH PLATTE

## U.S.C. CITATIONS:

LEAD COUNT: 18 U.S.C. § 924(j)      COUNT NO.    1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 924(j) | COMMISSION OF MURDER WITH A FIREARM DURING A CRIME OF VIOLENCE | Life / 5 Yrs TSR / $250,000 / $100 SA |
| CT 2: | | |
| CT 3: | | |
| CT 4: | | |
| CT 5: | | |

---

☐ PETTY                   ☐ MISDEMEANOR:          ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR                                           ☐ CLASS B - MOTOR

☒ FELONY                  ☐ FORFEITURE             ☐ CLASS C - VEHICLE/INFRACTION

---

## LOCATION STATUS

☒ WARRANT      ☐ OCDETF                            ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☒ ALREADY IN STATE CUSTODY IN:      LANCASTER COUNTY JAIL

☐ ON PRETRIAL RELEASE

☐ INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT:

# CRIMINAL COVER SHEET     **S E A L E D**

USAO - Rev. 02/18

**PLACE OF OFFENSE:**

CITY:  LINCOLN

COUNTY:  LANCASTER

**RELATED CASE INFORMATION:**

☐ Superseding Indictment          ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:  4:18MJ3182

R20/R40 from District of:

Related to:

---

**DEFENDANT INFORMATION:**

NAME:  **DANTE D. WILLIAMS**

ALIAS:

ADDRESS:  **604 SOUTH 22ND STREET, APT. 415, OMAHA, NEBRASKA**

SSN:  **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**          DOB:  **05/08/1993**          ☒ MALE   ☐ FEMALE   ☐ ALIEN

---

☒ COMPLAINT          AUSA:  LESLEY A. WOODS

☐ INFORMATION       AGENT:  SA BRANDON DAY

☐ INDICTMENT        AGENCY:  FBI

TRIAL:  ☐ OMAHA   ☒ LINCOLN   ☐ NORTH PLATTE

**U.S.C. CITATIONS:**          LEAD COUNT:  18 U.S.C. § 924(j)          COUNT NO.  1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1:  18 U.S.C. § 924(j) | COMMISSION OF MURDER WITH A FIREARM DURING A CRIME OF VIOLENCE | Life / 5 Yrs TSR / $250,000 / $100 SA |
| CT 2: | | |
| CT 3: | | |
| CT 4: | | |
| CT 5: | | |

---

☐ PETTY                    ☐ MISDEMEANOR:          ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR                                                ☐ CLASS B - MOTOR

☒ FELONY                   ☐ FORFEITURE            ☐ CLASS C - VEHICLE/INFRACTION

---

**LOCATION STATUS**

☒ WARRANT     ☐ OCDETF                              ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☒ ALREADY IN STATE CUSTODY IN:          LANCASTER COUNTY JAIL

☐ ON PRETRIAL RELEASE

☐ INTERPRETER NEEDED?     LIST LANGUAGE AND/OR DIALECT:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TAWHYNE M. PATTERSON,
DAMON D. WILLIAMS, and
DANTE D. WILLIAMS

Defendants.

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 JAN 23 PM 5: 13

OFFICE OF THE CLERK

4:19CR 3011

INDICTMENT
18 U.S.C. § 924(j)(1) and § 2
18 U.S.C. § 1951 and § 2

The Grand Jury charges that

## COUNT I

On or about July 31, 2018, in the District of Nebraska, the defendants, TAWHYNE M. PATTERSON, DAMON D. WILLIAMS, and DANTE D. WILLIAMS, did unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, attempted interference with commerce by robbery as charged in Count II of this Indictment, did use and carry a firearm, and in the course of that crime did cause the death of a person known to the grand jury as JB, through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), that is, in the attempt to perpetrate a robbery.

All in violation of Title 18, United States Code, Section 924(j)(1) and Section 2.

## COUNT II

1. That at all times material to this Indictment MR, a person known to the grand jury, was engaged in illegal distribution of marijuana, a controlled substance, in interstate commerce and affecting interstate and foreign commerce.

1

2. That on or about July 30, 2018 and July 31, 2018, in the District of Nebraska, and elsewhere, defendants, TAWHYNE M. PATTERSON, DAMON D. WILLIAMS, and DANTE D. WILLIAMS, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully attempt to take and obtain personal property consisting of United States currency in the amount of approximately $85,000 and a quantity of marijuana, from the person of and in the presence of MR, against MR's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to MR's person and to the persons of relatives and members of MR's family, that is, by the defendants brandishing and discharging a firearm at JB and by physically restraining members of MR and JB's families.

All in violation of Title 18, United States Code, Section 1951 and Section 2.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: _____

LESLEY WOODS, TX #24092092
Assistant U.S. Attorney

2

# SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TAWHYNE M. PATTERSON,
DAMON D. WILLIAMS,
DANTE D. WILLIAMS, and
IRA MORROW

Defendants.

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 APR 17 PM 2: 54

4:19CR30 OFFICE OF THE CLERK

SUPERSEDING INDICTMENT
18 U.S.C. § 924(j)(1) and § 2
18 U.S.C. § 1951 and § 2

The Grand Jury charges that

## COUNT I

On or about July 31, 2018, in the District of Nebraska, the defendants, TAWHYNE M.

PATTERSON, DAMON D. WILLIAMS, and DANTE D. WILLIAMS, did unlawfully,

willfully, and knowingly, during and in relation to a crime of violence for which the defendants

may be prosecuted in a court of the United States, that is, attempted interference with commerce

by robbery as charged in Count II of this Indictment, did use and carry and discharge a firearm,

and in the course of that crime did cause the death of a person known to the grand jury as JB,

through the use of a firearm, which killing is murder as defined in Title 18, United States Code,

Section 1111(a), that is, in the attempt to perpetrate a robbery.

All in violation of Title 18, United States Code, Section 924(j)(1) and Section 2.

## COUNT II

1.  That at all times material to this Indictment MR, a person known to the grand jury, was

engaged in illegal distribution of marijuana, a controlled substance, in interstate commerce and

affecting interstate and foreign commerce.

1

2.   That on or about July 30, 2018 and July 31, 2018, in the District of Nebraska, and elsewhere, defendants, TAWHYNE M. PATTERSON, DAMON D. WILLIAMS, DANTE D. WILLIAMS, and IRA MORROW, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully attempt to take and obtain personal property consisting of United States currency in the amount of approximately $85,000 and a quantity of marijuana, from the person of and in the presence of MR, against MR's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to MR's person and to the persons of relatives and members of MR's family, that is, by the defendants brandishing and discharging a firearm at JB and by physically restraining members of MR and JB's families.

All in violation of Title 18, United States Code, Section 1951 and Section 2.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By:   _____

LESLEY WOODS, TX #24092092
Assistant U.S. Attorney

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 AUG 21 PM 4: 26

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TAWHYNE M. PATTERSON,
DAMON D. WILLIAMS, a/k/a "Damo"
DANTE D. WILLIAMS,
IRA MORROW, and
WILLIAM BOOTHE, III, a/k/a "Uncle Bill"

        Defendants.

4:19CR3011

SECOND SUPERSEDING
INDICTMENT
18 U.S.C. § 924(j)(1) and § 2
18 U.S.C. § 1951 and § 2

The Grand Jury charges that

## COUNT I - Murder

On or about July 31, 2018, in the District of Nebraska, the defendants, TAWHYNE M. PATTERSON, DAMON D. WILLIAMS, and DANTE D. WILLIAMS, did unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, attempted interference with commerce by robbery as charged in Count II of this Indictment, did use and carry and discharge a firearm, and in the course of that crime, that is, an attempt to perpetrate a robbery that would interfere with interstate commerce in violation of Title 18, United States Code, Section 1951, did cause the death of a person known to the grand jury as JB, through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111.

All in violation of Title 18, United States Code, Section 924(j)(1) and Section 2.

1

## COUNT II – Attempted Hobbs Act Robbery

1.  That at all times material to this Indictment MR, a person known to the grand jury, was engaged in illegal distribution of marijuana, a controlled substance, in interstate commerce and affecting interstate and foreign commerce.

2.  That on or about July 30, 2018, in the District of Nebraska, and elsewhere, defendants, TAWHYNE M. PATTERSON, DAMON D. WILLIAMS, DANTE D. WILLIAMS, and IRA MORROW, did attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully attempt to take and obtain personal property consisting of United States currency in the amount of approximately $85,000 and a quantity of marijuana, from the person of and in the presence of MR and JB, against MR and JB's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to JB and MR's person and to the persons of relatives and members of JB and MR's family, that is, by the defendants brandishing firearms and attempting to enter the home of MR and JB without permission.

All in violation of Title 18, United States Code, Section 1951 and Section 2.

## COUNT III – Attempted Hobbs Act Robbery

1.  That at all times material to this Indictment MR, a person known to the grand jury, was engaged in illegal distribution of marijuana, a controlled substance, in interstate commerce and affecting interstate and foreign commerce.

2.  That on or about July 31, 2018, in the District of Nebraska, and elsewhere, defendants, TAWHYNE M. PATTERSON, DAMON D. WILLIAMS, DANTE D. WILLIAMS, and WILLIAM BOOTHE III, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay

2

and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully attempt to take and obtain personal property consisting of United States currency in the amount of approximately $85,000 and a quantity of marijuana, from the person of and in the presence of MR and JB, against MR and JB's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to MR and JB's person and to the persons of relatives and members of MR and JB's family, that is, by the defendants brandishing and discharging a firearm at JB and by physically restraining members of MR and JB's families.

All in violation of Title 18, United States Code, Section 1951 and Section 2.

## COUNT IV – Accessory After the Fact to Murder

From on or about July 31, 2018 and on or about July 24, 2019, in the District of Nebraska and elsewhere, the defendant, WILLIAM BOOTHE III, a/k/a "Uncle Bill," knowing that an offense against the United States has been committed, to wit, causing the death of a person through the use and discharge of a firearm during and in relation to a crime of violence, that is attempted interference with commerce by robbery in violation of Title 18, United States Code, section 1951, all in violation of Title 18, United States Code, Section 924(j), did receive, relieve, comfort, and assist the offenders, TAWHYNE M. PATTERSON and DAMON D. WILLIAMS, in order to hinder and prevent the offender's apprehension, trial, and punishment.

All in violation of Title 18, United States Code, Section 3.

3

COUNT V – Firearms Conspiracy

From on or about January 1, 2015 and on or about August 17, 2018, in the District of Nebraska and elsewhere, the defendants, TAWHYNE M. PATTERSON, DAMON D. WILLIAMS, a/k/a "Damo," IRA MORROW, and WILLIAM BOOTHE III, a/k/a "Uncle Bill," did intentionally and knowingly conspire, combine, confederate, and agree with persons known and unknown to the grand jury, to knowingly possess firearms in furtherance of drug trafficking crimes and crimes of violence, that is, a conspiracy to possess with intent to distribute a controlled substance, marijuana, in violation of Title 21, United States Code, Section 846 and a conspiracy to interfere with commerce by robbery, in violation of Title 18, United States Code, Section 1951.

MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that TAWHYNE M. PATTERSON, DAMON D. WILLIAMS, IRA MORROW, and WILLIAM BOOTHE III, would conspire to rob individuals engaged in the illegal distribution of controlled substances, that is marijuana, and to share the proceeds of those robberies.

It was part of the conspiracy that TAWHYNE M. PATTERSON and DAMON D. WILLIAMS would restrain the persons whose presence they took money and property from by force and intimidation with duct tape and zip ties.

It was part of the conspiracy that TAWHYNE M. PATTERSON and DAMON D. WILLIAMS, convicted felons and prohibited persons under federal law, would obtain and possess firearms illegally, to include stolen weapons, in order to use them in furtherance of robberies and to protect their own controlled substances distribution.

4

<u>OVERT ACTS</u>

In furtherance of the conspiracy identified above, and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Nebraska and elsewhere:

1. On or about December 13, 2015, TAWHYNE M. PATTERSON and DAMON D. WILLIAMS conspired to rob the Jimmy Johns sandwich shop located at 1631 Pine Lake Road in Lincoln, Nebraska. DAMON D. WILLIAMS brandished a firearm in furtherance of this robbery.

2. On or about April 22, 2017, TAWHYNE M. PATTERSON and a person known to the grand jury as KJ, were in possession of a .45 caliber Glock handgun whose owner had previously reported it as stolen and approximately twenty-six grams of marijuana.

3. On or about May 29, 2018, TAWHYNE M. PATTERSON, a felon, and a person known to the grand jury as DD, in Lincoln, Nebraska, were in possession of a .22 caliber weapon and .38 caliber Model 206 Revolver, gray in color, and in possession of marijuana, a controlled substance.

4. On or about July 30, 2018, TAWHYNE M. PATTERSON, DAMON D. WILLIAMS, IRA MORROW, and DANTE WILLIAMS, conspired to use and carry firearms to attempt to rob victims known to the grand jury as "MR," an individual engaged in illegal distribution of a controlled substance, that is marijuana, and "JB" in violation of Title 18, United States Code, Section 1951.

5. On or about July 31, 2018, TAWHYNE M. PATTERSON, DAMON D. WILLIAMS, and DANTE WILLIAMS, did possess firearms in furtherance of an attempt to rob "MR" and "JB." TAWHYNE M. PATTERSON discharged a firearm at "JB" in

5

furtherance of that robbery, and DAMON D. WILLIAMS, discharged a weapon outside the residence of "MR" and "JB" in furtherance of that robbery.

6. On August 3, 2018, WILLIAM BOOTHE III rented a vehicle from Avis Rent-A-Car in Lincoln, Nebraska for TAWHYNE M. PATTERSON and DAMON D. WILLIAMS, to drive to Texas following their commission of the homicide of "JB" on July 31, 2018, in Lincoln, Nebraska.

All in violation of Title 18, United States Code, Section 924(O) and Section 2.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: _____

LESLEY WOODS, TX #24092092
Assistant U.S. Attorney

6