IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3011 |
| vs. | |
| DANTE D. WILLIAMS, | ORDER |
| Defendant. | |

Pursuant to the defendant's correspondence (filing 372), received September 28, 2020,

IT IS ORDERED:

1. The defendant's motion to appoint counsel (filing 366) is granted.

2. CJA Counsel, Chad J. Wythers, is reappointed as attorney of record for the defendant.

3. The defendant's motion for new counsel (filing 356) is deemed withdrawn.

4. A status hearing is set for October 13, 2020, at 10:30 a.m. in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Chief Judge John M. Gerrard. The defendant shall be present at the hearing.

- 2 -

Dated this 29th day of September, 2020.

                                                BY THE COURT:

                                                _____
                                                John M. Gerrard
                                                Chief United States District Judge