IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DANTE D. WILLIAMS,<br><br>　　　　　Defendants. | **4:19CR3011**<br><br>**ORDER** |

　　　　For the reasons stated on the record,

　　　　IT IS ORDERED that Defendant's motion for new counsel, (Filing No. 554), is denied.

　　　　Dated this 15th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge