IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3011 |
| vs. | |
| DANTE D. WILLIAMS, | ORDER |
| Defendant. | |

The defendant in this case pleaded guilty to counts I, II, and III of the second superseding indictment (filing 122):

I. Murder during the commission of a crime of violence (to wit, attempted Hobbs Act Robbery);
II. Attempted Hobbs Act Robbery on July 30, 2018; and
III. Attempted Hobbs Act Robbery on July 31, 2018.

But the United States Supreme Court held in *United States v. Taylor*, 142 S. Ct. 2015, 2020-21 (2022) that attempted Hobbs Act robbery is not a "crime of violence" for purposes of 18 U.S.C. § 924(c)—at least arguably undermining the basis for the defendant's conviction on Count I. The defendant has filed a motion to appoint new counsel to represent him on appeal, claiming his current counsel will not raise an argument under *Taylor* on his behalf in his still-pending direct appeal. Filing 722.

But this Court did not appoint counsel to represent the defendant on appeal—the Eighth Circuit did that. *See* filing 675. So, if the defendant is to be

appointed new counsel to represent him before that court, it's that court that must make the appointment. Accordingly,

IT IS ORDERED:

1. The defendant's motion to appoint counsel (filing 722) is denied without prejudice to reassertion in the U.S. Court of Appeals for the Eighth Circuit.

2. The Clerk of the Court shall forward a copy of the defendant's motion, along with a copy of this order, to the Eighth Circuit Clerk's Office.

Dated this 3rd day of October, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge